# EXHIBIT A

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 05-23-12
End Date: 05-29-12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 5/23/12 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Thursday | 5/24/12 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Friday | 5/25/12 | 8:00 | - | 11:30 | |
| Saturday | | | - | | |
| Sunday | | | - | | |
| Monday | 5/28/12 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Tuesday | 5/29/12 | 8:00 | 12:45 - 1:15 | 5:30 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager.

| Total Hours | |
|---|---|

### Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Friday | 5/25/12 | 11:30 | 5:00 | |
| | | | | |
| | | | | |
| | | | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 06/06/12
End Date: 06/12/12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 06/06 | 8:00 | 12:30 1:00 | 7:00 | |
| Thursday | 06/07 | 8:00 | 12:30 - 1:00 | 5:00 | |
| Friday | 06/08 | 8:30 | 12:30 1:00 | 6:00 | |
| Saturday | | | | | |
| Sunday | | | | | |
| Monday | 06/11 | 8:30 | 12:30 - 1:00 | 6:00 | |
| Tuesday | 06/12 | 8:30 | 12:45 - 1:15 | 6:00 | |

In order to ensure timely payment of wages, Employee must hand in this Time Sheet every Tuesday evening and receive a new one for the following week. If Time Sheet is not turned in on time, we cannot gaurantee timely payment, and payment may be delayed until the next pay date. Unsigned Time Sheets will not be processed for payment.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Wed. | 06/06 | work at 1145 Sherman on DHS inspection apts. untill 7:00 | | |
| Friday | 06/08 | work at 1145 Sherman checking mouse odor at 32A | | |

Super's Signature: Manuel Almonte

Revised 02.01.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 11/07/12
End Date: 11/13/12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | S | E | E | C K | |
| Thursday | 11/08 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Friday | 11/09 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Saturday | | | | | |
| Sunday | | | | | |
| Monday | 11/12 | 8:30 | 1:45 - 2:15 | 7:30 | |
| Tuesday | 11/13 | 8:30 | 1:00 - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is **not** allowed without prior consent from Manager each day.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Monday | 11/12 | Work late fixing Bathtub leaks at apts. A56 B A4 6. | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 11/14/12
End Date: 11/20/12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 11/14 | 8:30 | 1:30 - 2:00 | 5:00 | |
| Thursday | 11/15 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Friday | 11/16 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Saturday | | | - | | |
| Sunday | | | - | | |
| Monday | 11/19 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Tuesday | 11/20 | 8:30 | 12:30 - 1:00 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 11/21/12
End Date: 11/27/12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 11/21 | 8:30 | 12:30 - 1:00 | ~~5:00~~ | out 7:30pm |
| Thursday | 11/22 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Friday | 11/23 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Saturday | | | - | | |
| Sunday | | | - | | |
| Monday | 11/26 | | Sick | | |
| Tuesday | 11/27 | 8:30 | 12:30 - 1:00 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Wed | 11/21 | Work to 7:30pm. Fixing Boiler Vent, and Filling Boiler oil Tank. | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 12/12/12
End Date: 12/18/12

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 12/12 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Thursday | 12/13 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Friday | 12/14 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Saturday | | | - | | |
| Sunday | | | - | | |
| Monday | 12/17 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Tuesday | 12/18 | 8:30 | 1:00 - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours

### Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Monday | 12/17 | Work at Manor Boiler Swer from 6:30pm till 8:30pm | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 02/20/13
End Date: 02/26/13

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 02/20 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Thursday | 02/21 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Friday | 02/22 | 8:30 | 12:00 - 12:30 | 5:00 | |
| Saturday | | | | | |
| Sunday | | | | | |
| Monday | 02/25 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Tuesday | 02/26 | 8:30 | 1:00 - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday evening** and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 03-06-13
End Date: 03-12-13

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 03/06 | 8:30 | 12:30 - 1:00 | 5:00 | |
| Thursday | 03/07 | 8:30 | 10:30 - 2:30 | 5:00 | |
| Friday | 03/08 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Saturday | | | - | | |
| Sunday | | | - | | |
| Monday | 03/11 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Tuesday | 03/12 | 8:30 | 1:00 - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday** evening and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is **not** allowed without **prior** consent from Manager each day.

Total Hours

### Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Super's Signature: Manuel Almonte

5.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 03/13/13
End Date: 03/19/13

| Day | Date | Time In | Lunch | | Time Out | Total Hours |
|---|---|---|---|---|---|---|
| Wednesday | 03/13 | 8:30 | 1:00 | - 1:30 | 5:00 | |
| Thursday | 03/14 | 8:30 | 1:00 | - 1:30 | 5:00 | |
| Friday | 03/15 | 8:30 | 1:00 | - 1:30 | 10:00pm | |
| Saturday | | | | | | |
| Sunday | 03/17 | 9:00pm | Boynton Elevator | | 11:00pm | |
| Monday | 03/18 | 8:30 | 1:00 | - 1:30 | 7:30pm | |
| Tuesday | 03/19 | 8:30 | 1:00 | - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday** evening and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Monday | 03/18 | Work from 5:30pm. till 7:30pm. at Sherman apt. 43A K.Cble. | | |
| Friday | 03/15 | Work at Boynton and Sherman from 10:00am. till 10:00pm. apts. 5B and 43A. | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: Morris Park

Week Of:
Begin Date: 03/20/13
End Date: 03/26/13

| Day | Date | Time In | Lunch | | Time Out | Total Hours |
|---|---|---|---|---|---|---|
| Wednesday | 03/20 | 8:30 | 1:00 | - 1:30 | 7:00 | |
| Thursday | 03/21 | 8:30 | 1:00 | - 1:30 | 5:00 | |
| Friday | 03/22 | 8:30 | 1:00 | - 1:30 | 5:00 | |
| Saturday | | | | - | | |
| Sunday | | | | - | | |
| Monday | 03/25 | 8:30 | 1:00 | - 1:30 | 5:00 | |
| Tuesday | 03/26 | 8:30 | 1:00 | - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every Tuesday evening and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without prior consent from Manager each day.

Total Hours

### Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Wed. | 03/20 | Work late at apts. A35 and A25 Leak. | | |
| | | | | |
| | | | | |
| | | | | |

Super's Signature: Manuel Almonte

Revised 03.05.12

## Superintendent Time Sheet

Employee Name: Manuel Almonte

Facility: 437 Morris Park

Week Of:
Begin Date: 03/27/13
End Date: 04/02/13

| Day | Date | Time In | Lunch | Time Out | Total Hours |
|---|---|---|---|---|---|
| Wednesday | 03/27 | 7:00 | 12:30 - 1:00 | 5:00 | |
| Thursday | 03/28 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Friday | 03/29 | 8:30 | 1:15 - 1:45 | 5:00 | |
| Saturday | | | | | |
| Sunday | | | - | | |
| Monday | 04/1/13 | 8:30 | 1:00 - 1:30 | 5:00 | |
| Tuesday | 04/2nd | 8:30 | 1:00 - 1:30 | 5:00 | |

In order to ensure timely payment of wages, Employee must return this Time Sheet every **Tuesday** evening and begin a new one the following day. Unsigned Time Sheets can not be processed for payment. Overtime is not allowed without **prior** consent from Manager each day.

Total Hours:

## Leaving the Premises

1. Super may leave the Premises after-hours for any reason.
2. During business hours, if Super leaves the Premises, or is unable to work, he must notify the Manager to get prior consent and record the departing and returning times here. Manager signs that he gave prior consent.

| Day | Date | Time Departed | Time Returned | Manager's Consent |
|---|---|---|---|---|
| Wed. | 03/27 | e. for work 7:00am Tanya call at 6:53am por A8 ceiling leak, A25 top apt back up toilet and bath tub. | | |

Super's Signature: Manuel Almonte

Revised 03.05.12