UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
NESTOR ALMONTE

                Plaintiff,

Case No. 14-cv-5951

-against-

437 MORRIS PARK, ET AL.

                Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Robert P. Valletti**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RV-1847    My State Bar Number is 4997425

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Ginarte O'Dwyer & Winograd, LLP
                FIRM ADDRESS: 225 Broadway, 13th Floor, NY, NY 10007
                FIRM TELEPHONE NUMBER: 212-601-9700
                FIRM FAX NUMBER: 212-267-4262

NEW FIRM:    FIRM NAME: Valli Kane & Vagnini, LLP
                FIRM ADDRESS: 600 Old Country Road, Suite 519
                FIRM TELEPHONE NUMBER: 516-203-7180
                FIRM FAX NUMBER: 516-706-0248

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 9/9/2014

                                         /s/ Robert P. Valletti
                                         ATTORNEY'S SIGNATURE