# EXHIBIT B

**Company Name:** 437 Morris Park LLC

Processed By BEST PAYROLL (718) 992-1892

**Employee Name:** Manuel Augusto Almonte

| Company No. | 12757 | Payroll No. | 144 | Pay Frequency | Weekly | | Tax Status | Deps | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | 10 | Division No. | 0 | Start Date | 03/27/2013 | Federal | Married | 5 | Xtr/Fxd Flat | Xtr/Fxd % |
| SSN No. | *******1939 | Home Depart. No. | 1 | End Date | 04/02/2013 | (W) NY | Married | 5 | | |
| Check No. | 006280 | Net Pay | 310.63 | Check Date | 04/05/2013 | (R) | | | | |

**Pays**

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 8.0000 | 40.00 | 320.00 | 0-Regular Pay | 500.00 | 4,000.00 |
| 1 | OverTime Pay | 12.0000 | 6.70 | 80.40 | 4-Sick Pay | 4.00 | 32.00 |
| | | | | | 6-Holiday Pay | 16.00 | 128.00 |
| | | | | | 10-Misc Pay | | 800.00 |
| | | | | | OverTime Pay | 140.60 | 1,687.20 |
| | Employee Totals | | 46.70 | 400.40 | Total YTD: | 660.60 | 6,647.20 |

**Taxes**

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 0.00 | 23.06 |
| OASDI | 24.82 | 412.12 |
| Medicare | 5.81 | 96.39 |
| NY: State WH | 6.29 | 155.20 |
| NY: State SDI | 0.60 | 7.80 |
| NY: Loc-NYC (R) | 4.25 | 102.94 |
| | 41.77 | |

**Deductions & Memos**

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 48.00 | 576.00 |
| | 48.00 | |

Pay and Deduction Balances: 2-Loan: $1924.00

Company Memo:

Private Memo:

**Company Name:** 437 Morris Park LLC

Processed By BEST PAYROLL (718) 992-1892

**Employee Name:** Manuel Augusto Almonte

| Company No. | 12757 | Payroll No. | 146 | Pay Frequency | Weekly | | Tax Status | Deps | State for UCI | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | 10 | Division No. | 0 | Start Date | 04/10/2013 | Federal | Married | 5 | Xtr/Fxd Flat | Xtr/Fxd % |
| SSN No. | *******1939 | Home Depart. No. | 1 | End Date | 04/16/2013 | (W) NY | Married | 5 | | |
| Check No. | 006284 | Net Pay | 310.63 | Check Date | 04/19/2013 | (R) | | | | |

**Pays**

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 8.0000 | 40.00 | 320.00 | 0-Regular Pay | 580.00 | 4,640.00 |
| 1 | OverTime Pay | 12.0000 | 6.70 | 80.40 | 4-Sick Pay | 4.00 | 32.00 |
| | | | | | 6-Holiday Pay | 16.00 | 128.00 |
| | | | | | 10-Misc Pay | | 800.00 |
| | | | | | OverTime Pay | 154.00 | 1,848.00 |
| | Employee Totals | | 46.70 | 400.40 | Total YTD: | 754.00 | 7,448.00 |

**Taxes**

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 0.00 | 23.06 |
| OASDI | 24.82 | 461.77 |
| Medicare | 5.81 | 108.00 |
| NY: State WH | 6.29 | 167.78 |
| NY: State SDI | 0.60 | 9.00 |
| NY: Loc-NYC (R) | 4.25 | 111.44 |
| | 41.77 | |

**Deductions & Memos**

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 48.00 | 672.00 |
| 3-<Reimb> | 0.00 | (65.00) |
| | 48.00 | |

Pay and Deduction Balances: 2-Loan: $1828.00

Company Memo:

Private Memo:

| Company Name | 437 Morris Park LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Processed By BEST PAYR[illegible] | (718) 992-189[illegible] |
| Employee Name | Manuel Augusto Almonte | | | | | State for UCI | NY |
| Company No. | 12757 | Payroll No. | 147 | Pay Frequency | Weekly | | |
| Employee No. | 10 | Division No. | 0 | Start Date | 04/17/2013 | | |
| SSN No. | *******1939 | Home Depart. No. | 1 | End Date | 04/23/2013 | | |
| Check No. | 006286 | Net Pay | 313.67 | Check Date | 04/26/2013 | | |

| | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd |
|---|---|---|---|---|
| Federal | Married | 5 | | |
| (W) NY | Married | 5 | | |
| (R) | | | | |

| Dept. No. | Pays – Current – Description | Rate | Hours | Pay | Year-to-Date – Description | Hours | Amount | Taxes – Tax Description | Current Amount | YTD Amount | Deductions & Memos – Deduction Description | Current Amount | YTD Amoun[illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 8.0000 | 40.00 | 320.00 | 0-Regular Pay | 620.00 | 4,960.00 | Federal WH | 0.00 | 23.06 | 2-Loan | 48.00 | 72[illegible] |
| 1 | OverTime Pay | 12.0000 | 7.00 | 84.00 | 4-Sick Pay | 4.00 | 32.00 | OASDI | 25.06 | 486.83 | 3-<Reimb> | 0.00 | (65[illegible] |
| | | | | | 6-Holiday Pay | 16.00 | 128.00 | Medicare | 5.86 | 113.86 | | | |
| | | | | | 10-Misc Pay | | 800.00 | NY: State WH | 6.44 | 174.22 | | | |
| | | | | | OverTime Pay | 161.00 | 1,932.00 | NY: State SDI | 0.60 | 9.60 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 4.37 | 115.81 | | | |
| | Employee Totals | | 47.00 | 404.00 | Total YTD: | 801.00 | 7,852.00 | | 42.33 | | | 48.00 | |

Pay and Deduction Balances: 2-Loan: $1780.00

Company Memo:

Private Memo:

| Company Name | 437 Morris Park LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Processed By BEST PAYROLL | (718) 992-1892 |
| Employee Name | Manuel Augusto Almonte | | | | | State for UCI | NY |
| Company No. | 12757 | Payroll No. | 148 | Pay Frequency | Weekly | | |
| Employee No. | 10 | Division No. | 0 | Start Date | 04/24/2013 | | |
| SSN No. | *******1939 | Home Depart. No. | 1 | End Date | 04/30/2013 | | |
| Check No. | 006288 | Net Pay | 227.50 | Check Date | 05/03/2013 | | |

| | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
|---|---|---|---|---|
| Federal | Married | 5 | | |
| (W) NY | Married | 5 | | |
| (R) | | | | |

| Dept. No. | Pays – Current – Description | Rate | Hours | Pay | Year-to-Date – Description | Hours | Amount | Taxes – Tax Description | Current Amount | YTD Amount | Deductions & Memos – Deduction Description | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OverTime Pay | 12.0000 | 33.34 | 400.08 | 0-Regular Pay | 620.00 | 5,043.55 | Federal WH | 0.00 | 23.06 | 2-Loan | 48.00 | 768.00 |
| | | | | | 4-Sick Pay | 4.00 | 32.00 | OASDI | 24.80 | 578.80 | 3-<Reimb> | 0.00 | (65.00) |
| | | | | | 5-Vacation Pay | | 800.00 | Medicare | 5.80 | 135.36 | 5-Tax paypack | 83.47 | 83.47 |
| | | | | | 6-Holiday Pay | 16.00 | 128.00 | NY: State WH | 6.27 | 180.49 | | | |
| | | | | | 10-Misc Pay | | 800.00 | NY: State SDI | 0.00 | 10.20 | | | |
| | | | | | OverTime Pay | 211.00 | 2,532.00 | NY: Loc-NYC (R) | 4.24 | 120.05 | | | |
| | Employee Totals | | 33.34 | 400.08 | Total YTD: | 851.00 | 9,335.55 | | 41.11 | | | 131.47 | |

Pay and Deduction Balances: 2-Loan: $1732.00

Company Memo:

Private Memo: