# EXHIBIT C

Company Name | 437 Morris P[illegible] LLC

Processed By BEST PAYROLL
(718) 992-1892

| Employee Name | Nestor Almonte | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company No. | 12757 | Payroll No. | 149 | Pay Frequency | Weekly | | | State for UCI NY |
| Employee No. | 22 | Division No. | 0 | Start Date | 05/01/2013 | | Tax Status | Deps |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 05/07/2013 | Federal | Married | 1 |
| Check No. | 006290 | Net Pay | 417.41 | Check Date | 05/10/2013 | (W) NY | Married | 1 |
| | | | | | | (R) | | |

Xtr/Fxd Flat | Xtr/Fxd %

**Pays**

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 40.00 | 400.00 |
| 1 | OverTime Pay | 15.0000 | 7.00 | 105.00 | OverTime Pay | 7.00 | 105.00 |
| | Employee Totals | | 47.00 | 505.00 | Total YTD: | 47.00 | 505.00 |

**Taxes**

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 27.04 | 27.04 |
| OASDI | 31.31 | 31.31 |
| Medicare | 7.32 | 7.32 |
| NY: State WH | 15.89 | 15.89 |
| NY: State SDI | 0.60 | 0.60 |
| NY: Loc-NYC (R) | 10.43 | 10.43 |
| | 92.59 | |

**Deductions & Memos**

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 4-<Gas> | (5.00) | (5.00) |
| 6-<Loan Advance> | 0.00 | (1,000.00) |
| | (5.00) | |

Pay and Deduction Balances: 2-Loan: $1000.00

Company Memo:

Private Memo:

---

Company Name | 437 Morris Park LLC

Processed By BEST PAYROLL
(718) 992-1892

| Employee Name | Nestor Almonte | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company No. | 12757 | Payroll No. | 150 | Pay Frequency | Weekly | | | State for UCI NY |
| Employee No. | 22 | Division No. | 0 | Start Date | 05/08/2013 | | Tax Status | Deps |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 05/14/2013 | Federal | Married | 1 |
| Check No. | 006295 | Net Pay | 483.77 | Check Date | 05/22/2013 | (W) NY | Married | 1 |
| | | | | | | (R) | | |

Xtr/Fxd Flat | Xtr/Fxd %

**Pays**

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 80.00 | 800.00 |
| 1 | OverTime Pay | 15.0000 | 8.50 | 127.50 | OverTime Pay | 15.50 | 232.50 |
| | Employee Totals | | 48.50 | 527.50 | Total YTD: | 95.50 | 1,032.50 |

**Taxes**

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 29.29 | 56.33 |
| OASDI | 32.71 | 64.02 |
| Medicare | 7.65 | 14.97 |
| NY: State WH | 17.22 | 33.11 |
| NY: State SDI | 0.60 | 1.20 |
| NY: Loc-NYC (R) | 11.26 | 21.69 |
| | 98.73 | |

**Deductions & Memos**

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 4-<Gas> | (5.00) | (10.00) |
| 6-<Loan Advance> | 0.00 | (1,000.00) |
| | (55.00) | |

Pay and Deduction Balances: 2-Loan: $1000.00

Company Memo:

Private Memo:

---

Company Name | 437 Morris Park LLC

Processed By BEST PAYROLL
(718) 992-1892

| Employee Name | Nestor Almonte | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company No. | 12757 | Payroll No. | 151 | Pay Frequency | Weekly | | | State for UCI NY |
| Employee No. | 22 | Division No. | 0 | Start Date | 05/15/2013 | | Tax Status | Deps |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 05/21/2013 | Federal | Married | 1 |
| Check No. | 006294 | Net Pay | 548.23 | Check Date | 05/23/2013 | (W) NY | Married | 1 |
| | | | | | | (R) | | |

Xtr/Fxd Flat | Xtr/Fxd %

**Pays**

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 120.00 | 1,200.00 |
| 1 | OverTime Pay | 15.0000 | 13.50 | 202.50 | OverTime Pay | 29.00 | 435.00 |
| | Employee Totals | | 53.50 | 602.50 | Total YTD: | 149.00 | 1,635.00 |

**Taxes**

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 38.02 | 94.35 |
| OASDI | 37.36 | 101.38 |
| Medicare | 8.74 | 23.71 |
| NY: State WH | 21.87 | 54.98 |
| NY: State SDI | 0.60 | 1.80 |
| NY: Loc-NYC (R) | 14.03 | 35.72 |
| | 120.62 | |

**Deductions & Memos**

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 35.00 | 35.00 |
| 3-<Reimb> | (91.35) | (91.35) |
| 4-<Gas> | (10.00) | (20.00) |
| 6-<Loan Advance> | 0.00 | (1,000.00) |
| | (66.35) | |

Pay and Deduction Balances: 2-Loan: $965.00

Company Memo:

Private Memo:

Effective Monday, June 24 2013, Super has to do the cleaning of sidewalks & curbs before 8:00AM. Any summonses received after 6/24/13 will affect a penalty for negligence which is deducted from paycheck.

| Company Name | SHERMAN MANAGEMENT | | | | | Processed By BEST PAYROLL |
|---|---|---|---|---|---|---|
| 1-800-289-8674 | | | | | | (718) 992-1892 |
| Employee Name | Nestor Almonte | | | | | State for UCI NY |

| Company No. | 12756 | Payroll No. | 164 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | 32 | Division No. | 0 | Start Date | 06/19/2013 | Federal | Married | 0 | | |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 06/25/2013 | (W) NY | Married | 0 | | |
| Check No. | 005231 | Net Pay | 128.15 | Check Date | 07/02/2013 | (R) | | | | |

| Dept. No. | Pays: Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount | Taxes: Tax Description | Current Amount | YTD Amount | Deductions & Memos: Deduction Description | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 20.00 | 200.00 | 0-Regular Pay | 55.00 | 550.00 | Federal WH | 4.04 | 8.08 | 2-Loan | 48.00 | 96.00 |
| | | | | | | | | OASDI | 12.40 | 34.10 | | | |
| | | | | | | | | Medicare | 2.90 | 7.98 | | | |
| | | | | | | | | NY: State WH | 2.12 | 4.36 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 1.80 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 1.79 | 4.42 | | | |
| | Employee Totals | | 20.00 | 200.00 | Total YTD: | 55.00 | 550.00 | | 23.85 | | | 48.00 | |

Pay and Deduction Balances: 2-Loan: $1348.00

Company Memo:

Private Memo:

| Company Name | 437 Morris Park LLC | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Processed By BEST PAYROLL |
| Employee Name | Nestor Almonte | | | | | (718) 992-1892 |
| | | | | | | State for UCI NY |

| Company No. | 12757 | Payroll No. | 156 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | 22 | Division No. | 0 | Start Date | 06/19/2013 | Federal | Married | 1 | | |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 06/25/2013 | (W) NY | Married | 1 | | |
| Check No. | 006305 | Net Pay | 382.41 | Check Date | 07/02/2013 | (R) | | | | |

| Dept. No. | Pays: Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount | Taxes: Tax Description | Current Amount | YTD Amount | Deductions & Memos: Deduction Description | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 299.00 | 2,990.00 | Federal WH | 27.04 | 232.05 | 2-Loan | 35.00 | 210.00 |
| 1 | OverTime Pay | 15.0000 | 7.00 | 105.00 | 4-Sick Pay | 16.00 | 160.00 | OASDI | 31.31 | 259.47 | 3-<Reimb> | 0.00 | (91.35) |
| | | | | | OverTime Pay | 69.00 | 1,035.00 | Medicare | 7.32 | 60.68 | 4-<Gas> | (5.00) | (45.00) |
| | | | | | | | | NY: State WH | 15.89 | 135.91 | 6-<Loan Advance> | 0.00 | (1,000.00) |
| | | | | | | | | NY: State SDI | 0.60 | 4.80 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 10.43 | 88.79 | | | |
| | Employee Totals | | 47.00 | 505.00 | Total YTD: | 384.00 | 4,185.00 | | 92.59 | | | 30.00 | |

Pay and Deduction Balances: 2-Loan: $790.00

Company Memo:

Private Memo:

| Company Name | 437 Morris Park LLC | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Processed By BEST PAYROLL |
| Employee Name | Nestor Almonte | | | | | (718) 992-1892 |
| | | | | | | State for UCI NY |

| Company No. | 12757 | Payroll No. | 157 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | 22 | Division No. | 0 | Start Date | 06/26/2013 | Federal | Married | 1 | | |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 07/02/2013 | (W) NY | Married | 1 | | |
| Check No. | 006307 | Net Pay | 441.84 | Check Date | 07/03/2013 | (R) | | | | |

| Dept. No. | Pays: Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount | Taxes: Tax Description | Current Amount | YTD Amount | Deductions & Memos: Deduction Description | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 339.00 | 3,390.00 | Federal WH | 36.89 | 268.94 | 2-Loan | 35.00 | 245.00 |
| 1 | OverTime Pay | 15.0000 | 13.00 | 195.00 | 4-Sick Pay | 16.00 | 160.00 | OASDI | 36.89 | 296.36 | 3-<Reimb> | 0.00 | (91.35) |
| | | | | | OverTime Pay | 82.00 | 1,230.00 | Medicare | 8.63 | 69.31 | 4-<Gas> | 0.00 | (45.00) |
| | | | | | | | | NY: State WH | 21.39 | 157.30 | 6-<Loan Advance> | 0.00 | (1,000.00) |
| | | | | | | | | NY: State SDI | 0.60 | 5.40 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 13.76 | 102.55 | | | |
| | Employee Totals | | 53.00 | 595.00 | Total YTD: | 437.00 | 4,780.00 | | 118.16 | | | 35.00 | |

Pay and Deduction Balances: 2-Loan: $755.00

Company Memo:

Private Memo:

**Company Name** SHERMAN MANAGEMENT
1-800-289-8674

Processed By BEST PAYROLL
(718) 992-1892

**Employee Name** Nestor Almonte

| Company No. | 12756 | Payroll No. | 165 | Pay Frequency | Weekly |
|---|---|---|---|---|---|
| Employee No. | 32 | Division No. | 0 | Start Date | 06/26/2013 |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 07/02/2013 |
| Check No. | 005236 | Net Pay | 204.17 | Check Date | 07/03/2013 |

| | Tax Status | Deps | State for UCI NY | |
|---|---|---|---|---|
| | | | Xtr/Fxd Flat | Xtr/Fxd % |
| Federal | Married | 0 | | |
| (W) NY | Married | 0 | | |
| (R) | | | | |

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 15.0000 | 20.00 | 300.00 | 0-Regular Pay | 75.00 | 850.00 |
| | Employee Totals | | 20.00 | 300.00 | Total YTD: | 75.00 | 850.00 |

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 14.04 | 22.12 |
| OASDI | 18.60 | 52.70 |
| Medicare | 4.35 | 12.33 |
| NY: State WH | 6.12 | 10.48 |
| NY: State SDI | 0.60 | 2.40 |
| NY: Loc-NYC (R) | 4.12 | 8.54 |
| | 47.83 | |

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 48.00 | 144.00 |
| | 48.00 | |

**Pay and Deduction Balances:** 2-Loan: $1300.00

**Company Memo:**

**Private Memo:**

---

**Company Name** SHERMAN MANAGEMENT
1-800-289-8674

Processed By BEST PAYROLL
(718) 992-1892

**Employee Name** Nestor Almonte

| Company No. | 12756 | Payroll No. | 182 | Pay Frequency | Weekly |
|---|---|---|---|---|---|
| Employee No. | 32 | Division No. | 0 | Start Date | 10/23/2013 |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 10/29/2013 |
| Check No. | 005287 | Net Pay | 55.20 | Check Date | 10/31/2013 |

| | Tax Status | Deps | State for UCI NY | |
|---|---|---|---|---|
| | | | Xtr/Fxd Flat | Xtr/Fxd % |
| Federal | Married | 0 | | |
| (W) NY | Married | 0 | | |
| (R) | | | | |

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 6-Retro Pay | 15.0000 | 7.50 | 112.50 | 0-Regular Pay | 351.00 | 4,990.00 |
| | | | | | 5-Sick Pay | 24.00 | 60.00 |
| | | | | | 6-Retro Pay | 7.50 | 112.50 |
| | Employee Totals | | 7.50 | 112.50 | Total YTD: | 382.50 | 5,162.50 |

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 0.00 | 218.68 |
| OASDI | 6.98 | 320.08 |
| Medicare | 1.63 | 74.86 |
| NY: State WH | 0.00 | 96.16 |
| NY: State SDI | 0.56 | 11.36 |
| NY: Loc-NYC (R) | 0.13 | 66.35 |
| | 9.30 | |

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 48.00 | 864.00 |
| | 48.00 | |

**Pay and Deduction Balances:** 2-Loan: $580.00

**Company Memo:**

**Private Memo:**

---

**Company Name** 437 Morris Park LLC

Processed By BEST PAYROLL
(718) 992-1892

**Employee Name** Nestor Almonte

| Company No. | 12757 | Payroll No. | 174 | Pay Frequency | Weekly |
|---|---|---|---|---|---|
| Employee No. | 22 | Division No. | 0 | Start Date | 10/23/2013 |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 10/29/2013 |
| Check No. | 006323 | Net Pay | 276.61 | Check Date | 10/31/2013 |

| | Tax Status | Deps | State for UCI NY | |
|---|---|---|---|---|
| | | | Xtr/Fxd Flat | Xtr/Fxd % |
| Federal | Married | 1 | | |
| (W) NY | Married | 1 | | |
| (R) | | | | |

| Dept. No. | Current Description | Rate | Hours | Pay | Year-to-Date Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 3.25 | 32.50 | 0-Regular Pay | 886.75 | 8,867.50 |
| 1 | 11-Retro Pay | 10.0000 | 33.50 | 335.00 | 4-Sick Pay | 72.00 | 320.00 |
| | | | | | 11-Retro Pay | 33.50 | 375.00 |
| | | | | | OverTime Pay | 265.00 | 3,780.00 |
| | Employee Totals | | 36.75 | 367.50 | Total YTD: | 1,257.25 | 13,342.50 |

| Tax Description | Current Amount | YTD Amount |
|---|---|---|
| Federal WH | 13.29 | 787.64 |
| OASDI | 22.79 | 827.24 |
| Medicare | 5.33 | 193.47 |
| NY: State WH | 8.26 | 457.04 |
| NY: State SDI | 0.60 | 14.40 |
| NY: Loc-NYC (R) | 5.62 | 295.95 |
| | 55.89 | |

| Deduction Description | Current Amount | YTD Amount |
|---|---|---|
| 2-Loan | 35.00 | 770.00 |
| 3-<Reimb> | 0.00 | (91.35) |
| 4-<Gas> | 0.00 | (45.00) |
| 6-<Loan Advance> | 0.00 | (1,000.00) |
| 7-Loan 2 | 0.00 | 100.00 |
| | 35.00 | |

**Pay and Deduction Balances:** 2-Loan: $230.00

**Company Memo:**

**Private Memo:**

Company Name: 437 Morris Park LLC

Employee Name: Nestor Almonte

Processed By BEST PAYROLL (718) 992-1892

| Company No. | 12757 | Payroll No. | 178 | Pay Frequency | Weekly | | Tax Status | Deps |
|---|---|---|---|---|---|---|---|---|
| Employee No. | 22 | Division No. | 0 | Start Date | 11/20/2013 | Federal | Married | 1 |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 11/26/2013 | (W) NY | Married | 1 |
| Check No. | 006325 | Net Pay | 489.61 | Check Date | 11/27/2013 | (R) | | |

State for UCI: NY | Xtr/Fxd Flat | Xtr/Fxd %

| Dept. No. | Current Description | Rate | Hours | Pay | YTD Description | YTD Hours | YTD Amount | Tax Description | Tax Current Amount | Tax YTD Amount | Deduction Description | Deduction Current Amount | Deduction YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 10.0000 | 40.00 | 400.00 | 0-Regular Pay | 1,046.75 | 10,812.50 | Federal WH | 47.58 | 956.93 | 2-Loan | 35.00 | 960.20 |
| 1 | OverTime Pay | 15.0000 | 17.75 | 266.25 | 4-Sick Pay | 72.00 | 320.00 | OASDI | 41.31 | 1,000.61 | 3-<Reimb> | 0.00 | (133.35) |
| | | | | | 11-Retro Pay | 33.50 | 375.00 | Medicare | 9.66 | 234.01 | 4-<Gas> | 0.00 | (45.00) |
| | | | | | OverTime Pay | 321.75 | 4,631.25 | NY: State WH | 25.98 | 554.44 | 6-<Loan Advance> | 0.00 | (1,000.00) |
| | | | | | | | | NY: State SDI | 0.60 | 16.80 | 7-Loan 2 | 0.00 | 100.00 |
| | | | | | | | | NY: Loc-NYC (R) | 16.51 | 358.66 | | | |
| | Employee Totals | | 57.75 | 666.25 | Total YTD: | 1,474.00 | 16,138.75 | | 141.64 | | | 35.00 | |

Pay and Deduction Balances: 2-Loan: $90.00

Company Memo:
If this check amount is not what you expected, please contact your payroll manager to make an appointment to review it.

Private Memo:

Company Name: SHERMAN MANAGEMENT
1-800-289-8674

Employee Name: Nestor Almonte

Processed By BEST PAYROLL (718) 992-1892

| Company No. | 12756 | Payroll No. | 186 | Pay Frequency | Weekly | | Tax Status | Deps |
|---|---|---|---|---|---|---|---|---|
| Employee No. | 32 | Division No. | 0 | Start Date | 11/20/2013 | Federal | Married | 0 |
| SSN No. | *******3516 | Home Depart. No. | 1 | End Date | 11/26/2013 | (W) NY | Married | 0 |
| Check No. | 005295 | Net Pay | 207.88 | Check Date | 11/29/2013 | (R) | | |

State for UCI: NY | Xtr/Fxd Flat | Xtr/Fxd %

| Dept. No. | Current Description | Rate | Hours | Pay | YTD Description | YTD Hours | YTD Amount | Tax Description | Tax Current Amount | Tax YTD Amount | Deduction Description | Deduction Current Amount | Deduction YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 15.0000 | 19.00 | 285.00 | 0-Regular Pay | 408.00 | 6,025.00 | Federal WH | 12.54 | 272.38 | 2-Loan | 48.00 | 1,099.59 |
| | | | | | 5-Sick Pay | 24.00 | 60.00 | OASDI | 17.67 | 384.25 | 5-<Gas> | (15.00) | (345.00) |
| | | | | | 6-Retro Pay | 7.50 | 112.50 | Medicare | 4.13 | 89.86 | | | |
| | | | | | | | | NY: State WH | 5.52 | 120.16 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 12.26 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 3.66 | 82.86 | | | |
| | Employee Totals | | 19.00 | 285.00 | Total YTD: | 439.50 | 6,197.50 | | 44.12 | | | 33.00 | |

Pay and Deduction Balances: 2-Loan: $363.55

Company Memo:
If this check amount is not what you expected, please contact your payroll manager to make an appointment to review it.

Private Memo: