UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NESTOR ALMONTE,

                Plaintiff,

v.

437 MORRIS PARK, LLC D/B/A F&T
MANAGEMENT Co., 1195 SHERMAN AVE.,
LLC, SHERMAN MANAGEMENT CO. D/B/A
SHERMAN MANAGEMENT ASSOCIATES, LLC,
CHARLES "CHARLIE" CLARK, KALMAN
TABAK, AND ABRAHAM FLUKELSTEIN,

                Defendants.
_____

RULE 7.1 STATEMENT

Civil Action No.: 14-cv-5951 (KPF)

      Defendant 437 Morris Park, LLC (incorrectly sued as 437 Morris Park LLC, d/b/a F&T Management Co.), hereby files a disclosure statement in accordance with Rule 7.1:

      There is no parent corporation and any publicly held corporation owing 10% or more of the stock of 437 Morris Park, LLC.

Dated: October 27, 2014

                /s/ Stuart Weinberger
                Stuart Weinberger, Esq.
                Goldberg and Weinberger LLP
                Attorneys for Defendants 437 Morris Park, LLC (incorrectly sued as 437 Morris Park, LLC d/b/a F&T Management Co.), 1195 Sherman Ave., LLC., Chanina Klahr (incorrectly sued as "Charles 'Charlie' Clarke") Kalman Tabak, and Abraham Finkelstein (incorrectly sued as "Abraham Flukestein")
                630 Third Avenue, 18th Floor
                New York, New York 10017
                (212) 867-9595 (Ext. 313)