# *Valli Kane & Vagnini*

*Attorneys at Law*

___

| | |
|---|---|
| 600 Old Country Road | Tel: 516-203-7180 |
| St. 519 | Fax: 516-706-0248 |
| Garden City, New York 11530 | www.vkvlawyers.com |

November 5, 2014

**Via ECF and E-Mail**

Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

      **RE:** **Nestor Almonte v. 437 Morris Park, LLC et al.**
            **Case No.: 14-cv-5951 (KPF)(JL)**

Hon. Katherine Polk Failla,

      I write regarding the Initial Pretrial Conference regarding the above-referenced case scheduled for this Friday, November 7, 2014 at 2:00 p.m. in Your Honor's chambers.  As per the Initial Pretrial Conference order, dated August 13, 2014, the attorney who will serve as principal trial counsel is required to attend.  I am the principal trial counsel for Plaintiff.

      I am also lead trial attorney in the matter of Sweeney, et al. v. United States Postal Service, et al. (08-cv-04417), set to go to trial November 10, 2014, before The Honorable Arlene R. Lindsay.  The matter involves twenty plaintiffs and I attended a pre-trial conference today confirming the beginning of the trial for this Monday and setting a tentative settlement conference before Magistrate Judge Gary R. Brown for this Friday, November 7, 2014.  No time has been set as of yet.

      Plaintiff respectfully requests the Court's permission to allow my partner, Sara Kane, to attend the conference with our associate Robert Valletti or, in the alternative, to grant an adjournment of the conference to allow me to attend in late November or early December, after the conclusion of this trial.  Please note that I have another trial currently set to begin on November 17, 2014 before The Honorable Leonard D. Wexler.

This is Plaintiff's first request for any type of an adjournment and Defendants have agreed to our request for consent.

Sincerely,

 /s/ Robert J. Valli, Jr.

Robert J. Valli, Jr.

CC:

Stuart Weinberger
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
(212) 867-9595 (Ext. 313)
(212) 949-1857 (Fax)
stuart@gandwllp.com