**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 5, 2014

# Valli Kane & Vagnini

### Attorneys at Law

_____

600 Old Country Road                                   Tel: 516-203-7180
St. 519                                                Fax: 516-706-0248
Garden City, New York 11530                            www.vkvlawyers.com

November 5, 2014

**Via ECF and E-Mail**

Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

        **RE:   Nestor Almonte v. 437 Morris Park, LLC et al.
              Case No.: 14-cv-5951 (KPF)(JL)**

Hon. Katherine Polk Failla,

      I write regarding the Initial Pretrial Conference regarding the above-referenced case scheduled for this Friday, November 7, 2014 at 2:00 p.m. in Your Honor's chambers. As per the Initial Pretrial Conference order, dated August 13, 2014, the attorney who will serve as principal trial counsel is required to attend. I am the principal trial counsel for Plaintiff.

      I am also lead trial attorney in the matter of <u>Sweeney, et al. v. United States Postal Service, et al.</u> (08-cv-04417), set to go to trial November 10, 2014, before The Honorable Arlene R. Lindsay. The matter involves twenty plaintiffs and I attended a pre-trial conference today confirming the beginning of the trial for this Monday and setting a tentative settlement conference before Magistrate Judge Gary R. Brown for this Friday, November 7, 2014. No time has been set as of yet.

      Plaintiff respectfully requests the Court's permission to allow my partner, Sara Kane, to attend the conference with our associate Robert Valletti or, in the alternative, to grant an adjournment of the conference to allow me to attend in late November or early December, after the conclusion of this trial. Please note that I have another trial currently set to begin on November 17, 2014 before The Honorable Leonard D. Wexler.

      This is Plaintiff's first request for any type of an adjournment and Defendants have agreed to our request for consent.

                                      Sincerely,

                                      _/s/ Robert J. Valli, Jr._____

                                      Robert J. Valli, Jr.

CC:

      Stuart Weinberger
      Goldberg and Weinberger LLP
      630 Third Avenue, 18th Floor
      New York, NY 10017
      (212) 867-9595 (Ext. 313)
      (212) 949-1857 (Fax)
      stuart@gandwllp.com

```
The absence of Plaintiff's principal trial counsel from the
November 7, 2014 conference shall be permitted.

Dated:  November 5, 2014           SO ORDERED.
        New York, New York
```

*(signature: Katherine Polk Failla)*

```
                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```