UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NESTOR ALMONTE,

           Plaintiff,

      v.

437 MORRIS PARK, LLC D/B/A F&T
MANAGEMENT CO., 1195 SHERMAN AVE
LLC, SHERMAN MANAGEMENT CO. D/B/A
SHERMAN MANAGEMENT ASSOCIATES LLC,
CHARLES "CHARLIE" CLARKE, KALMAN
TABAK and ABRAHAM FLUKELSTEIN,

           Defendants.
_____

CIVIL ACTION NO.: 14-CV-5951(KPF)

DECLARATION OF SERVICE

Stuart Weinberger declares pursuant to 28. U.S.C. § 1746, as follows:

I am not a party to this action and I reside in New York. On October 27, 2014, I filed Defendants 437 Morris Park, LLC (incorrectly sued as 437 Morris Park, LLC d/b/a F&T Management Co.), 1195 Sherman Ave., LLC., Chanina Klahr (incorrectly sued as "Charles 'Charlie' Clarke"), Kalman Tabak, and Abraham Finkelstein (incorrectly sued as "Abraham Flukelstein")  answer to the Amended Complaint in this matter by an ECF filing. Service was accomplished on the attorneys listed below electronically through the ECF system.

    Robert P. Valletti
    Valli Kane & Vagnini LLP
    600 Old Country Road, Suite 519
    Garden City, New York 11530
    (516) 203-7180

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 27th day of October, 2014.

                                                                  __/s/ Stuart Weinberger___
                                                                  Stuart Weinberger, Esq.