# EXHIBIT C

# F&T Management Co.

Agent for 1195 Sherman Ave LLC.

Mail: 437 Morris Park Ave. Suite L-1 • Bronx, NY 10460 • Tel./Fax 718-684-7777

Wednesday, July 2, 2014

Nestor Almonte
853 Van Nest Ave, 1st Fl.
Bronx, NY 10462-2513

Dear Nestor Almonte,

We told you we have work available for you.

We continue to make that offer at your past wages of $10.00 per hour – same as you were getting before. The work is to repair apartments in 1195 Sherman Ave., Bronx NY 10452. You have been doing that for us for a couple years and we know you can do a fine job.

The wages are $10./hr for first 40 hours and $15./hr for over 40-hours. We don't anticipate needing any overtime.

Your schedule at 1195 Sherman will be same as before, a Part Time Position. Actual hours may increase more than you've worked in the past at 1195 Sherman but still remain within the regular 40-hour week.

Please call me to report to work as soon as possible.

Looking forward to hearing from you, feel free to contact me at the address above or on my cel phone 347-424-8238.

Sincerely,

*Charlie Clarke*

1-646-996-1844