EXHIBIT D

# F&T Management
# Porter's Time Sheet

Employee Name: Jose Gonzalez

Facility address: 437 Morris Park

Week Of:
Begin Date: 01-30-13
End Date: 02-5-13

| Date | Time In | Witness Signature | Time Out | Witness Signature |
|---|---|---|---|---|
| 01-30-13 | 7-30 | L. Batok | 12-00 | Manuel Almont |
| 01-30-13 | 2-30 | Manuel Almont | 5-30 | Manuel Almont |
| 01-31-13 | 7-30 | L. Batok | 12-00 | Manuel Almont |
| 01-31-13 | 2-30 | Manuel Almont | 5-30 | Manuel Almont |
| 02-1-13 | 7-30 | L. Batok | 12-00 | Manuel Almont |
| 02-1-13 | 12-30 | Manuel Almont | 5-30 | Manuel Almont |
| 02-3-13 | 9-00 | Manuel Almont | 10-30 | Manuel Almont |
| 02-3-13 | 11-00 | Manuel Almont | 5-30 | Manuel Almont |
| 02-4-13 | 7-30 | Manuel Almont | 12-00 | Manuel Almont |
| 02-4-13 | 2-30 | Manuel Almont | 5-30 | Manuel Almont |
| 02-5-13 | 7-30 | Manuel Almont | 12-00 | Manuel Almont |
| 02-5-13 | 2-30 | Manuel Almont | 5-30 | Manuel Almont |

Porter's Time Sheet may NOT be removed from premises. Porter signs at end of week before handing in for payroll processing (Tues.). Porter's hours are not interchangeable. Porter may not exceed 7-hours per week-day and 3-hours per Sunday. **SECURITY GUARD CAN ONLY SIGN IF HE/SHE WRITES IN THE TIME.**

Porter's Signature: Jose Gonzalez

Revised 07.05.12

PLAINTIFFS 0090

# F&T Management
# Porter's Time Sheet

Employee Name: Kasim Pearson

Facility address: 437 Morris Park

Week Of:
Begin Date: 8-8-12
End Date: 8-14-12

| Date | Time In | Witness Signature | Time Out | Witness Signature |
|---|---|---|---|---|
| 8-8-12 | 7:30am | R. Roldan | 11:30AM | R. Roldan |
| 8-8-12 | 2:30pm | R. Roldan | 5:30pm | R. Roldan |
| 8-9-12 | 7:30am | R. Roldan | 11:30AM | R. Roldan |
| 8-9-12 | 2:30pm | R. Roldan | 5:30pm | Gail Navas |
| 8-10-12 | 7:30AM | Gail Navas | 11:30AM | Gail Navas |
| 8-10-12 | 2:30pm | Gail Navas | 5:30pm | Gail Navas |
| 8-12-12 | 9:00 AM | Gail Navas | 1030 AM | Gail Navas |
| 8-12-12 | 4:00pm | Gail Navas | 5:30pm | Gail Navas |
| 8-13-12 | 7:30AM | IBRAHIM | 11:30AM | R. Roldan |
| 8-13-12 | 2:30pm | R. Roldan | 5:30pm | Gail Navas |
| 8-14-12 | 7:30AM | IBRAHIM | 11:30AM | R. Roldan |
| 8-14-12 | 2:30pm | R. Roldan | 5:30pm | Gail Navas |

Porter's Time Sheet may NOT be removed from premises. Porter signs at end of week before handing in for payroll processing (Tues.). Porter's hours are not interchangeable. Porter may not exceed 7-hours per week-day and 3-hours per Sunday. No work on Saturday. All employees must show valid U.S. ID. No ID, no entry into building!

Porter's Signature: _____

Revised 07.05.12                                    PLAINTIFFS 0121

# F&T Management
## Porter's Time Sheet

Employee Name: Luis Colon

Facility address: 1195 Sherman Ave

Week Of:
Begin Date: 8-8-12
End Date:

| Date | Time In | Witness Signature | Time Out | Witness Signature |
|---|---|---|---|---|
| 8-8-12 | 7:30 am | S/Perez | 9:30 | [signature] WmJack |
| 8-8-12 | 12:00 pm | WmJack | 1:00 pm | WmJack |
| 8-8-12 | 3:30 | Ross | 5:30 | Ross |
| 8-9-12 | 7:30 | Daquan Puckett | 9:30 | WmJack |
| 8-9-12 | 12:00 pm | WmJack | 1:00 pm | WmJack |
| 8-9-12 | 3:30 pm | WmJack | 5:30 | Ross |
| 8-10-12 | 7:30 | Anthony Brum | 9:30 | Anthony Brum |
| 8-10-12 | 12:00 | Daquan Puckett | 1:00 | Daquan Puckett |
| 8-10-12 | 3:30 | Korina E | 5:30 | Korina E |
| 8-12-12 | 9:00 | RB | 10:00 | [signature] |
| 8-13-12 | 7:30 | RB | 9:30 am | WmJack |
| 8-13-12 | 12:00 pm | WmJack | 1:00 pm | WmJack |
| 8-13-12 | 3:30 pm | RB | 5:30 pm | RB |
| 8-14-12 | 7:30 am | RB | 9:30 am | WmJack |
| 8-14-12 | 12:00 pm | WmJack | 1:00 pm | WmJack |
| 8-14-12 | 3:30 pm | WmJack | 5:30 pm | RB |

Porter's Time Sheet may NOT be removed from premises. Porter signs at end of week before handing in for payroll processing (Tues.). Porter's hours are not interchangeable. Porter may not exceed 7-hours per week-day and 3-hours per Sunday. No work on Saturday. All employees must show valid U.S. ID. No ID, no entry into building!

Porter's Signature: L. Colon

Revised 07.05.12    516

PLAINTIFFS 0122