UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESTOR ALMONTE

                Plaintiff,

v.

437 MORRIS PARK, LLC. *et al.*,

                Defendants

14 Civ. 5951 (KPF)

**Attorney Affirmation of Service**

## AFFIRMATION OF SERVICE

    I certify that on January 15, 2015 the undersigned served the instant Notice of Motion to Amend, the Memorandum of Law in Support, the Affirmation in Support of Plaintiff's Motion to Amend and the Accompanying Exhibits upon counsel for Defendants listed below via E-mail and Regular Mail:

Goldberg and Weinberger, LLP
ATTN: Stuart Weinberger
630 Third Avenue, 18th Floor
New York, NY 10017

Richard L. Yellen & Associates, LLP
Brendan C. Kombol
111 Broadway, 11th Floor
New York, New York 10006

Dated: Garden City, New York
       January 15, 2015

                                                          Robert P. Valletti