

Tito Sinha <tsinha@vkvlawyers.com>

## Fwd: Almonte v. 437 Morris Park - Caraballo Deposition

**Tito Sinha** <tsinha@vkvlawyers.com>     Fri, May 1, 2015 at 2:50 PM
To: aaletor@gandwllp.com, stuart@gandwllp.com
Cc: James Vagnini <jvagnini@vkvlawyers.com>, "Robert J. Valli, Jr" <rvalli@vkvlawyers.com>, rpvesq@gmail.com

Annette and Stuart,

Please give us a call to discuss the scheduled deposition of and production of documents by Geraldo Caraballo for Monday, May 4, at 12 noon.

As you know, FRCP Rule 45(a)(4) requires that a subpoena commanding the production of documents by a non-party must be served on all parties before it is served on the witness. As your April 27, 2015 cover letter shows, you did not serve and provide us with prior notice before serving the witness.

On that basis, we may move to quash this subpoena. Furthermore, Mr. Caraballo is represented by Abdul K. Hassan in a pending lawsuit against 1195 Sherman Avenue and his counsel in that matter must be consulted.

*Notice to Other Parties Before Service.* If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party.

Tito


From: **Annette Aletor** <aaletor@gandwllp.com>
Date: Fri, May 1, 2015 at 1:23 PM
Subject: Almonte v. 437 Morris Park - Caraballo Deposition
To: Ana Martinez <amartinez@vkvlawyers.com>, Robert Valletti <vallettir@vkvlawyers.com>, "Robert J. Valli, Jr" <rvalli@vkvlawyers.com>


Dear Ana/Robert


This was sent via first class mail earlier in the week. Just incase you haven't received it, please review attached. Mr. Caraballo's deposition is scheduled for Monday May 4th at 12.00pm.


Very truly yours,

Annette Aletor, Esq.

Litigation Associate
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
Tel.:(212) - 867-9595 ( Ext. 304)
Fax: (212) - 949-1857

CONFIDENTIALITY NOTICE

This email message, including any attachments and files transmitted with it, are confidential and are intended solely for the use of the individual or entity to whom they are addressed. It may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws, and no confidentiality or privilege is waived or lost by any mistransmission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your system. If you are not the intended recipient, be advised that you have received this email in error and that any unauthorized review, retention, use, disclosure, distribution, forwarding, printing or copying of all or any part of the contents of this email is strictly prohibited without our prior written permission.

--
**Tito Sinha, Esq.**
**Valli Kane & Vagnini, LLP**
**600 Old Country Road, Suite 519**
**Garden City, New York 11530**
**Telephone: 516-203-7180**
**Fax: 516-706-0248**
**Email: tsinha@vkvlawyers.com**
**http://www.vkvlawyers.com**

**Follow us:**

**Facebook**
**Twitter**

**CONFIDENTIALITY NOTICE**
**This e-mail is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.**

**This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)**