EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -x

NESTOR ALMONTE,

                    Plaintiff,

        -against-

4376 MORRIS PARK, LLC d/b/a F&T MANAGEMENT

CO., INC.,


                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -x

                    600 Old Country Road

                    Garden City, New York


                    February 26, 2015

                    10:30 a.m.


    DEPOSITION of KALMAN TABAK, a witness on

behalf of the Defendant herein, held at the above

time and place, taken before Karen Zammit, a

Shorthand Reporter and Notary Public of the State

of New York, pursuant to Rule 26 et seq. of the

Federal Rules of Civil Procedure and stipulations

between Counsel.


            *      *      *

```
 1
 2    APPEARANCES:
 3
         VALLI KANE & VAGNINI, LLP
 4              Attorneys for Plaintiff
                600 Old Country Road
 5              Garden City, New York 11530
 6       BY:  ROBERT P. VALLETTI, ESQ.
         BY:  ROBERT J. VALLI, JR., ESQ.
 7
 8
         GOLDBERG & WEINBERGER, P.C.
 9              Attorneys for Defendant
                630 Third Avenue
10              New York, New York 10017
11       BY:  STUART WEINBERGER, ESQ.
12
13
14              *     *     *
15
16
17
18
19
20
21
22
23
24
25
```

1

2                    STIPULATIONS

3        IT IS HEREBY STIPULATED AND AGREED, by and

4    among counsel for the respective parties hereto,

5    that the filing, sealing and certification of the

6    within deposition shall be and the same are

7    hereby waived;

8        IT IS FURTHER STIPULATED AND AGREED that all

9    objections, except as to form of the question,

10   shall be reserved to the time of the trial;

11       IT IS FURTHER STIPULATED AND AGREED that the

12   within deposition may be signed before any Notary

13   Public with the same force and effect as if

14   signed and sworn to before the Court.

15

16                 *     *     *

17

18

19

20

21

22

23

24

25

1

2    K A L M A N   T A B A K, the Witness herein,

3    having first been duly sworn by the Notary

4    Public, was examined and testified as follows:

5    EXAMINATION BY

6    MR. VALLETTI:

7         Q        What is your name?

8         A        Kalman Tabak.

9         Q        What is your address?

10        A        21-37 79th Street, Brooklyn, New

11   York 11214.

12        Q        Good morning, Mr. Tabak.

13        A        Good morning.

14        Q        My name is Robert Valletti and I am

15   here representing the plaintiff, Nestor Almonte,

16   in this case.

17             I am going to ask you a series of

18   questions this morning relating to a suit

19   instituted by Mr. Almonte for recovery of unpaid

20   wages.

21        A        Yes.

22        Q        If you don't understand anything

23   that I say or any question that I ask you, please

24   let me know and I will be happy to rephrase it.

25   If you do answer we will all assume that you

```
 1                    K. Almonte

 2   understood and that your answer is responsive.

 3                    Also, if you could, please keep

 4   your answers verbal.  The court reporter cannot

 5   take down a head nod or a gesture.  Do you

 6   understand?

 7        A      Yes.

 8        Q      Please let me finish the question.

 9   We cannot have two people speaking at once.  The

10   court reporter may be skilled, but she cannot

11   take down two people speaking at the same time.

12                    Also, complete your entire answer

13   before I ask my next question.  If you need more

14   time to answer, just let me know.  If terms of a

15   break, if you need one, I will be happy to do

16   that.

17                    If there is a pending question,

18   please answer that first before we take the

19   break.  Do you understand these ground rules?

20        A      Yes.

21        Q      Have you ever given testimony

22   before?

23        A      No.

24        Q      Are you currently taking any

25   medication today that could impair your ability
```

1                    K. Almonte

2    to testify?

3         A       No.

4         Q       You are aware that today you are

5    under oath and that the testimony that you are

6    going to give is to be the truth and nothing but

7    the truth?

8         A       Yes.

9         Q       You gave your current address

10   before as 2137 79th Street in Brooklyn; is that

11   correct?

12        A       Yes.

13        Q       How long have you lived at that

14   address?

15        A       Since 1997.

16        Q       Were you present for any other

17   depositions in this matter?

18        A       One deposition over at Stuart's

19   office.

20        Q       Was that the deposition of Nestor

21   Almonte?

22        A       Yes.

23        Q       Do you recall the date of the

24   deposition?

25        A       No.

1                    K. Almonte

2      Q      Why were you present at that

3   deposition?

4      A      I was trying to understand what he

5   is trying to  -- what this lawsuit is all about.

6   To me it didn't make any sense.

7      Q      Had you seen a copy of the

8   Complaint before sitting in on that deposition?

9      A      No.

10     Q      You had not read any of the

11  allegations?

12     A      I have heard about it verbally, but

13  I have not read anything.

14     Q      When you said you heard about it

15  verbally, who did you hear it from?

16     A      Stuart.

17     Q      Without getting into the substance

18  of that, did you speak to anyone else about the

19  claims?

20     A      It could be Charlie.

21     Q      When did you speak to Charlie?

22     A      I don't recall, but I remember

23  discussing it with him.

24     Q      When you say Charlie do you mean

25  Charlie Clarke?

1                         K. Almonte

2          A        Yes.

3          Q        Is his Hebrew name Chanina Klahr?

4          A        Yes.

5          Q        Is Mr. Klahr known by any other

6    names other than Charles or Charlie Clarke?

7          A        No.

8          Q        Is Clarke a business name that he

9    uses?

10         A        It is very common in this business

11   that people have a user name.

12         Q        The spelling of the last name is

13   C-L-A-R-K-E, correct?

14         Q        When you spoke to Charlie about

15   these claims what type of things did you discuss

16   specifically?

17         A        I was just generally in shock of

18   what was going on, that he was fabricating this

19   story, that's all.  It was just mind boggling to

20   me.

21         Q        When you say fabricating the story,

22   who did you believe was fabricating a story?

23         A        I knew that he was a superintendent

24   and I never had any knowledge of his son, so it

25   was shocking to me.

1                          K. Almonte

2        Q        Who is his son?

3        A        I don't know.

4        Q        You don't know who his son is?

5        A        No.

6        Q        Does the name Manuel Almonte mean

7    anything to you?

8        A        No, he was called Lopez, that's all

9    I know.

10        Q        Did you know Lopez' first name?

11        A        No.

12        Q        Lopez worked for what companies?

13        A        437 Morris Park LLC.

14        Q        Did he ever work for any other

15    companies?

16        A        I know he was handling another

17    building on 1195 Sherman Avenue.

18        Q        What do you mean handling?

19        A        Dealing with the complaints, you

20    know, do whatever a superintendent needs to do.

21        Q        When you say a super, what a super

22    needs to do, was he the super of 1195 Sherman?

23        A        I think we had some type of a

24    superintendent, a live-in super who responded to

25    emergencies.

```
1                    K. Almonte

2              As far as dealing with the

3  complaints in the apartments I think that was  --

4  that superintendent was lacking and he was

5  filling in, if I remember correctly.

6              Maybe there was nobody else there

7  and he was just coming in to do the complaints,

8  but I think there was a period of time that there

9  was somebody there.  I don't know exactly what

10 period he was there.

11     Q       I am going to back up just a second

12 here and talk quickly about the company of 437

13 Morris Park.  Are you an owner or a member or a

14 principle, something else?

15     A       Member of the LLC.

16     Q       Who are the other members, if there

17 are any?

18     A       It is just me and Abraham

19 Finkelstein.

20     Q       What about the 1195 Sherman LLC?

21     A       I don't think I am involved in that

22 LLC.

23     Q       You don't think you are involved?

24     A       Right.

25     Q       You are not an owner, member,
```

```
 1                    K. Almonte

 2   principle, anything of that sort?

 3        A        I would have to check how it is set

 4   up exactly.  As far as the interest ownership in

 5   that LLC, I am not sure.

 6        Q        Are there documents that would show

 7   that you are either an owner or have an ownership

 8   interest in that?

 9        A        I don't know exactly what those

10   documents show.  I have to verify that with

11   Abraham.  That building is a lease.  It is a

12   different setup.

13                MR. VALLETTI:  Okay.  I will make a

14        demand for any documents showing the

15        ownership or members, principles, things of

16        that nature for 1195 Sherman.  I will have

17        that put in writing.

18                MR. VALLETTI:  Okay.

19        Q        What other members are there, if

20   any, for 1195 Sherman?

21        A        I think Abraham.

22        Q        To your knowledge he is the sole

23   principle?

24        A        Yes.

25        Q        Did Charlie Clark have any
```

1                          K. Almonte

2    ownership interest in 437 Morris Park?

3          A       No.

4          Q       The same question for 1195 Sherman,

5    did Charlie have any ownership interest in that?

6          A       No.

7          Q       What was Charlie then while working

8    for 437 Morris Park?

9          A       Building manager.

10         Q       When you say building manager, did

11   he just manage 1195 Sherman or was he responsible

12   for other buildings?

13         A       He was responsible for other

14   buildings as well.

15         Q       What other buildings was he

16   responsible for?

17         A       He was responsible for 1195

18   Sherman, he was responsible for 1056 Boynton, and

19   he was responsible for 1101 Manor in the Bronx.

20         Q       Were his duties the same generally

21   speaking for these properties?

22         A       Yes.

23         Q       Do you know what his duties were?

24         A       Yes.

25         Q       Could you tell me the duties,

1                    K. Almonte

2    please?

3         A       His duties were to run the

4    maintenance in these buildings.

5         Q       Could you elaborate on what it

6    means to run the maintenance of the buildings?

7         A       Make sure that the building is

8    clean, make sure there is oil in the boiler, the

9    boiler is working, the elevators are working, the

10   people that are responsible to do repairs are

11   doing repairs, getting the complaints and giving

12   them over to the proper people that need to do

13   it, inspecting that they are done.

14        Q       As building manager did he have any

15   superiors?

16        A       I don't understand the question.

17        Q       Did he have a boss, were you his

18   boss?

19        A       Yes.

20        Q       You were Charlie's boss in his

21   responsibilities for 437 Morris Park?

22        A       Yes.

23        Q       At 1195 Sherman?

24        A       Yes.

25        Q       Did you give him orders directly?

1                    K. Almonte

2        A       Yes.

3        Q       What kind of orders did you give

4   him?

5        A       In general he had his own

6   discretion how to run the building, but if there

7   was any questions that needed decision he would

8   bring it to my attention and I would decide.

9        Q       Other than the orders that Charlie

10  gave, did you personally give orders to anyone

11  else other than Charlie?

12       A       Yes.

13       Q       Who did you give orders to?

14               MR. WEINBERGER:   I object to the

15       form.  Do you understand the question?

16               THE WITNESS: It is a very general

17       question.

18               MR. WEINBERGER:   If you understand

19       the question you can answer it.

20               THE WITNESS: I am not sure.

21               MR. VALLETTI:  Okay.

22       Q       At 437 Morris Park, other than

23  Charlie did you ever give any orders to anyone?

24       A       Yes, I would come by the building

25  and do my own inspections on a regular basis.

1                    K. Almonte

2        Q        You did inspections at 437 Morris

3    Park?

4        A        Yes.  Is anything else relevant

5    besides 437?

6        Q        This regular basis, how often did

7    that occur?

8        A        At times on a daily basis, at times

9    on a weekly, depending on the inspections that

10    the City was scheduling for to be on top of it to

11    make sure that the inspections would go well.

12    That was basically my role.

13        Q        You said that the City was giving

14    you directives or inspections of some sort.

15    Could you elaborate on what you mean by that?

16        A        The building has a program in the

17    building.  The building is operating as a

18    homeless shelter.

19        Q        It is City sanctioned?

20        A        City funded.

21        Q        Going back to the orders, who were

22    the people at 437 Morris Park that you gave

23    orders to during any of your regular visits?

24        A        I would come to the building and if

25    the building was dirty I would reach out to the

1                        K. Almonte

2    porter.  If I walked into an apartment and saw

3    repairs that needed to be done I would reach out

4    to the person that is responsible for doing

5    repairs.

6                If I felt something was important

7    to address and he should stop doing what he is

8    doing and focus on what I think is more

9    important, I would direct him.

10        Q        You had said the porter.  Can you

11   name the porter during the time starting with

12   2011, who was the porter?

13        A        I don't know names.  I would come

14   to the building and I know who was there, I don't

15   know names.

16        Q        In terms of the repairs you said

17   you would reach out to the person who was

18   responsible for the repairs.  At 437 Morris Park

19   who was responsible for the repairs generally?

20        A        Lopez.

21        Q        What was his position there?

22        A        Super.

23        Q        Do you recall the first time that

24   you at least knew of Lopez working for the

25   company?

```
 1                    K. Almonte

 2        A       No.

 3        Q       You don't recall when he started?

 4        A       No.

 5        Q       Was it more than two years ago?

 6        A       Yes.

 7        Q       About three or four years ago?

 8        A       Yes.

 9        Q       When you first started working was

10   he the super of 437 Morris Park or something

11   else?

12        A       As far as I can remember he was the

13   super.

14        Q       He had not started as a handyman or

15   a porter before that?

16        A       It could be, but I don't know.  If

17   somebody was a handyman or a porter or a super I

18   would not know.

19        Q       Do you hire and fire anyone?

20        A       No.

21        Q       Who is responsible for that for 437

22   Morris Park?

23        A       Charlie.

24        Q       Are you familiar with the

25   application process for an employee?
```

1                    K. Almonte

2         A       No.

3         Q       What about termination, do you

4    terminate any employees at 437 Morris Park

5    generally?

6         A       No.

7         Q       Do you have the authority to do it

8    or you have never actually done it before?

9         A       I have the authority to do it.

10        Q       During your regular visits to 437

11   Morris Park were there specific portions of the

12   building that you would inspect or you would

13   inspect almost anything?

14        A       I concentrated on the public areas

15   and the apartments.

16        Q       Were there any offices at 437

17   Morris Park?

18        A       Yes.

19        Q       Where was the office located?

20        A       In the basement.

21        Q       This office, was this for 437

22   Morris Park LLC or some other entity?

23        A       As far as I know 437 Morris Park

24   LLC.

25        Q       Was any other business handled in

                           K. Almonte

1

2    that office other than the business of 437 Morris

3    Park?

4         A       He ran the management for the other

5    buildings out of that office, so there was the

6    other four buildings that I mentioned.

7         Q       Was there anything written on the

8    door of that office?

9         A       I don't recall.

10        Q       I have seen through the review of

11   the discovery an entity called F&T Management.

12   Could you tell me what F&T Management is?

13        A       As far as I know it is not an

14   entity in itself.  It was our vendors.  We have

15   many different properties and our vendors --

16   basically the bills are paid by the entities, by

17   the LLCs, but F&T Management stands for

18   Finkelstein, my partner, and myself is T.

19              They basically identify our group

20   of buildings with F&T Management.  That belongs

21   to Finkelstein and Tabak and they called it F&T

22   Management.

23        Q       How many properties in total does

24   F&T Management account for?

25              MR. WEINBERGER:   Objection.  You

1                          K. Almonte

2          can answer it.

3          A       I don't know, probably a dozen or

4    maybe more.

5          Q       There are other entities than 437

6    Morris Park and 1195 Sherman; is that correct?

7                  MR. WEINBERGER:   Objection as to

8          the form.

9          A       I just mentioned to you before the

10   four buildings that he manages.

11         Q       I am talking specifically about F&T

12   Management.  You said there were a dozen that F&T

13   Management is known as  --

14                 MR. WEINBERGER:   He didn't say

15         that.  Objection.

16                 MR. VALLETTI:  Okay. I'll rephrase

17         the question.

18         Q       The 12 buildings, does Finkelstein

19   and Tabak own those buildings?

20         A       Yes.

21         Q       What other buildings other than 437

22   Morris Park and 1195 Sherman?

23                 MR. WEINBERGER:   Objection as to

24         relevance.  Why is this relevant?

25                 MR. VALLETTI:  The relevance is

1                          K. Almonte

2              that my client worked for more than these

3              two entities and the hours that he put in

4              were supposedly paid through two entities

5              and the ones that we are missing might need

6              to be added.  You can answer.

7          Q       What other entities?

8          A       He didn't work for anything else

9      other than these four buildings.

10         Q       What are the four buildings?

11         A       He worked on the buildings that

12     Charlie managed.  The four buildings were 437

13     Morris Park, 1195 Sherman, 1056 Boynton and 1101

14     Manor.  There is no other involvement that he was

15     involved with if he worked in other buildings.

16         Q       What do you mean?

17         A       I am saying the relevance that you

18     are referring to that he worked in other

19     properties, it would be within these four.  If he

20     worked in other properties, that's what I am

21     saying.

22              MR. VALLETTI:  Thank you for

23         clarifying.

24         Q       During those site visits, the

25     regular visits that you made, you would visit the

1                          K. Almonte

2    basement; is that correct?

3         A       Yes.

4         Q       Could you describe the basement of

5    437 Morris Park, you said there was an office

6    there.  What else is down there, if anything?

7         A       The super's apartment, which is

8    pretty close to the office.

9         Q       Was it ten feet away, 20 feet away?

10        A       About 30 feet away.

11        Q       Is it one hallway or is it an open

12   space, how were they in spacial relation to each

13   other, were there any turns or just straight?

14        A       There was an entrance to the office

15   through the backyard.  I would say that the door

16   of the office to the door of the super from the

17   backyard is probably 30 feet, maybe a little

18   more.

19        Q       Straight line of sight?

20        A       Yes.

21        Q       We had placed Lopez working for the

22   company about three or four years ago.  Did he

23   occupy the super's apartment?

24        A       Yes.

25        Q       Do you know when he took possession

1                         K. Almonte

2    of that apartment?

3         A       No.

4         Q       Roughly could it have been around

5    the time that he started working at 437 Morris

6    Park?

7         A       That makes sense.

8         Q       Do you know who else he lived with?

9         A       No.

10        Q       Could you describe the apartment

11   for the super in 437 Morris Park?

12        A       I think it is a two bedroom with a

13   large living room kitchen area.

14        Q       How many means of egress are in

15   that apartment?

16        A       One.

17        Q       If a person were a super without a

18   family would they be given a two-bedroom

19   apartment or could you put a space for a

20   one-bedroom apartment or was it based on

21   necessity or something along those lines?

22                MR. WEINBERGER:   Objection.

23        Asking for speculation.

24        Q       What was the policy and practice of

25   giving a super an apartment for 437 Morris Park?

```
 1                    K. Almonte

 2       A       To have somebody on site.

 3       Q       What was the purpose of having the

 4  super on site?

 5       A       If there is an emergency that he

 6  can deal with it quickly.  He would not be a

 7  distance from where he needs to do the emergency.

 8       Q       Did you know Lopez by any other

 9  names?

10       A       No.

11       Q       To your understanding Lopez was the

12  super at 437 Morris Park but also worked in 1195

13  Sherman, 1056 Boynton and 1101 Manor?

14       A       I remember 1195 Sherman, I don't

15  know about 1056.

16       Q       Did he work at 1101 Manor?

17       A       Maybe he did, I don't know.  It is

18  not something that I would know.

19       Q       Is it possible that he worked

20  there?

21       A       Yes.

22       Q       1056 Boynton, do you have any

23  knowledge that he worked there?

24       A       No, but anything is possible.

25       Q       The two-bedroom apartment in the
```

1                          K. Almonte

2    basement, that was 30 feet away from the entrance

3    to the basement of the facility, correct?

4         A        There was an entrance door to the

5    office and over about 30 feet was an entrance to

6    his apartment.

7         Q        During the regular visits which

8    were daily or weekly, you would go down to the

9    basement?

10        A        I generally went to the apartments

11   in the public area, but I have definitely visited

12   the basements.

13        Q        While you were in the basement did

14   you ever stop by that super's apartment for the

15   time period of 2011?

16        A        I don't recall.

17        Q        How about during 2012, did you ever

18   stop by the super's apartment?

19        A        I don't recall in general.

20        Q        How about in 2013, did you ever

21   stop by the super's apartment?

22        A        I don't recall.

23        Q        If there were a problem in the

24   building where would you expect to find the super

25   if you needed to tell someone to do a repair?

```
 1                    K. Almonte

 2        A        During the working hours?

 3        Q        Yes.

 4        A        Somewhere in the building doing

 5   repairs.

 6        Q        What about after working hours?

 7        A        He would be in the apartment.  I

 8   would get him on his cell phone. I used to call

 9   him on his cell.

10        Q        Generally speaking, let's stick to

11   these four buildings, are you familiar with how

12   many supers each one of these buildings has?

13        A        One.

14        Q        As to the buildings having one

15   super, are you aware of supers at other buildings

16   handling calls for different locations?

17        A        I am not aware of the setup, how

18   that was set up.

19                  MR. WEINBERGER:   Let's take a

20         quick break.

21                  MR. VALLETTI:  Sure.

22                  [Whereupon, after a short recess

23         was taken, the following was had:]

24   CONTINUED EXAMINATION

25   BY MR. VALLETTI:
```

1                          K. Almonte

2          Q        Mr. Tabak, are you familiar with

3     the payroll system in 437 Morris Park?

4          A        No.

5          Q        You don't know the company that

6     does the payroll?

7          A        No.

8          Q        Does Charlie handle payroll?

9          A        Yes.

10         Q        Before you had said that Charlie

11    was the manager of the buildings that you had

12    listed, he was responsible for those?

13         A        Yes.

14         Q        What about the LLC itself, 437

15    Morris Park LLC, is there a manager of that LLC?

16         A        What management needs to be done?

17         Q        Something that handles the business

18    operations of 437 Morris Park LLC, in other

19    words, are there any other people employed with

20    437 Morris Park LLC other than yourself and

21    Charlie?

22         A        Abraham would be handling that.

23         Q        That's in terms of other personnel,

24    there is nobody else?

25         A        No.

1                         K. Almonte

2        Q        In terms of the superintendent's

3    responsibilities, is he responsible for the

4    building itself only or are there things perhaps

5    around the building that he is supposed to be

6    responsible for such as cleaning and snow

7    removal, things like that?

8        A        I don't know what is broken down

9    between the porter and the super.  I don't know

10   exactly the duty of what the super does and what

11   the porter does.

12                    The building needs to have snow

13   removal and it needs to be cleaned and the

14   repairs need to be done.  You have the super and

15   the porter taking care of that.

16       Q        Are you aware that your company has

17   penalties to a super who does not perform

18   cleaning duties of a sidewalk?

19       A        That who gets a penalty?

20       Q        The super is penalized by a

21   deduction from his pay, are you aware of that?

22       A        If he doesn't do what?

23       Q        Removal of snow or clean the

24   sidewalk, something that is issued a summons from

25   the City?

1                        K. Almonte

2        A        No, I am not aware of that.

3                MR. VALLETTI:  Please mark this as

4        Plaintiff's Exhibit 1.  It is a two-page

5        document.

6                [Whereupon, the document was

7        hereby marked as Plaintiff's Exhibit 1 for

8        identification, as of this date, by the

9        reporter.]

10       Q        Mr. Tabak, I will show you a

11   two-page document.  They are two different

12   documents.  I will show it to your attorney

13   first.  When you are done reviewing this please

14   let me know.

15       A        Okay.

16       Q        I will direct your attention to the

17   first page, Bates number 357.  That's defendant's

18   Bates numbers.  Could you read below this line?

19       A        "Effective June 24, 2013 super has

20   to do"  -- I can't read it -- "of sidewalks and

21   curbs before 8:00 a.m.  Any summonses received

22   after June 24, 2013 will affect a penalty for the

23   negligence which is deducted from paycheck."

24       Q        From that policy any summons issued

25   to the super has a deduction from his pay.  What

1                     K. Almonte

2      is that deduction for?

3                     MR. WEINBERGER:   Objection.  You

4              can answer it.

5          A       I have no idea.  It is the first

6      time that I saw it, I don't know.

7          Q       What is the date on that document?

8          A       May 23, 2013.

9          Q       There was a policy in place in at

10     least 2013 of there being deductions from

11     people's pay apparently for negligence in

12     receiving a summons from New York City?

13                    MR. WEINBERGER:   Objection.

14         A       I didn't do this agreement, so I

15     don't know.

16         Q       Does it look like an agreement?

17         A       Not an agreement.  I didn't write

18     this.  Whoever wrote it needs to answer what this

19     means.

20         Q       What is the company name?

21         A       437 Morris Park LLC.

22         Q       Are you typically unfamiliar with

23     the policies of your own company?

24                    MR. WEINBERGER:   Objection.

25         A       I have no idea if this was enforced

1                       K. Almonte

2      or if he just wrote this.  I need to ask him.  If

3      I would see something like that I would probably

4      have asked him.

5          Q       What would you ask him?

6          A       What does it mean.

7          Q       Who would you have asked?

8          A       Charlie.

9          Q       Did Charlie make this policy?

10         A       I don't think there is anybody else

11     that is involved that could do this other than

12     him.

13         Q       Looking at Page 2, I will direct

14     your attention to this line.  Please read that.

15         A       "Any summonses received after June

16     24, 2013 will affect a penalty for negligence

17     which is deducted from paycheck."

18         Q       That coincides with the other

19     document, correct?

20         A       Yes.

21         Q       What other policies do you have in

22     your company that deducts from paychecks of

23     employees?

24         A       I am not familiar.

25         Q       You don't know if there are other

1                    K. Almonte

2    policies that deduct from paychecks?

3        A       No.

4        Q       Do you know of any agreements that

5    employees can enter into to have deductions made

6    from their paychecks or were they just

7    implemented unilaterally by the company?

8                    MR. WEINBERGER:  Objection.  Do

9            you understand the question?  If you can

10           understand it you can answer it.

11       A       I am not familiar.

12       Q       The employee name, who is listed?

13       A       437 Morris Park.

14       Q       That's the company name, I am

15   talking about the employee name?

16       A       Nestor Almonte.

17       Q       Who is Nestor Almonte?

18       A       Lopez.

19       Q       That's Lopez?

20       A       Yes.

21       Q       His first name was Nestor?

22       A       Yes, or the last name first.  I

23   don't know how they write it.

24       Q       Are you familiar with the process

25   regarding the work orders of your company, 437

1                    K. Almonte

2    Morris Park?

3         A       No.

4         Q       Charlie handles that sort of thing?

5         A       I don't know.

6         Q       Would it at least refresh your

7    recollection if you had seen some work orders

8    from 2011 as to when he began working for you?

9         A       No, I don't know.

10                 MR. VALLETTI:  Please mark this as

11            Plaintiff's Exhibit 2.

12                 [Whereupon, the document was

13            hereby marked as Plaintiff's Exhibit 2 for

14            identification, as of this date, by the

15            reporter.]

16        Q       Please look at this document.  Have

17   you ever seen a document like this before, not

18   this exact one, something similar?

19        A       I don't look  -- my inspections

20   involved the physical, not the paperwork and the

21   details of how things are done.

22        Q       It is your testimony that in owning

23   the company you have never seen a work order like

24   this?

25        A       Right.

1                          K. Almonte

2          Q       I will direct your attention to the

3      name that appears on the left, Lopez.  To your

4      understanding Lopez is the same person as Nestor

5      Almonte, that's how you knew him?

6          A       Yes.

7          Q       What is the date there?

8          A       April 20, 2011.

9          Q       Basically the same type of document

10     here, it is Bates 317 to 327.  I will direct your

11     attention to Page 326.  Can you note the date for

12     me?

13         A       March 23, 2011.

14         Q       The name Lopez on the right-hand

15     side, do you understand that to be Nestor

16     Almonte?

17         A       I guess so.

18         Q       You testified earlier you didn't

19     know who Manuel Almonte is; is that correct?

20                 MR. WEINBERGER:   Objection.   I

21         don't believe he said that.

22         Q       Do you know Manuel Almonte is?

23         A       No.

24         Q       You don't know who that is?

25         A       No.

1                          K. Almonte

2        Q        Earlier you testified that Lopez

3   was the super of 437 Morris Park, correct?

4        A        Yes.

5                  MR. VALLETTI:  Please mark this as

6            Plaintiff's Exhibit 3.

7                  [Whereupon, the document was

8            hereby marked as Plaintiff's Exhibit 3 for

9            identification, as of this date, by the

10           reporter.]

11       Q        You will show you Plaintiff's

12   Exhibit 3.  Do you know what that is?

13       A        No.

14       Q        Could you read the employee name?

15       A        Manuel Almonte.

16       Q        Can you read the date of the

17   document?

18       A        June 1, 2012.

19       Q        What is the job title of that

20   individual?

21       A        Super.

22       Q        Generally speaking, would a super

23   of your company receive pay?

24                MR. WEINBERGER:   Objection as to

25           form..  you can answer it.

```
 1                        K. Almonte
 2        Q       I am talking about 437 Morris Park.
 3   Would the super of 437 Morris Park get paid for
 4   his work?
 5        A       Of course.
 6        Q       Was it always monetary compensation
 7   or could it be other?
 8        A       As far as I know only monetary.
 9        Q       Lopez being the super of 437 Morris
10   Park, there should be corresponding pay stubs for
11   that individual, correct?
12        A       I guess so.
13        Q       To your knowledge Manuel Almonte,
14   you didn't know that name in 2011?
15        A       I knew the guy's face and the name
16   Lopez.  That's what I knew.  Whatever name he
17   gave or whatever his user name was, I was not
18   tracking it.
19                MR. VALLETTI:  Please mark this as
20          Plaintiff's Exhibit 4.
21                [Whereupon, the document was
22          hereby marked as Plaintiff's Exhibit 4 for
23          identification, as of this date, by the
24          reporter.]
25        Q       I am showing you what has been
```

1                          K. Almonte

2      marked as Plaintiff's Exhibit 4.  It is Bates

3      number 410.  Have you ever seen that ID before?

4           A      No.

5           Q      Do you know who that is?

6           A      No.

7           Q      Can you read it?

8           A      Manuel Almonte.

9           Q      Do you know that there is some

10     handwriting on here as to when this document was

11     received, what date is that?

12          A      December 13, 2012.

13          Q      Do you know why your company

14     received the identification card of Manuel

15     Almonte in December of 2012?

16          A      No.

17          Q      If a super at 437 Morris Park were

18     off the premises who would handle the work that

19     was needed at the building?

20                 MR. WEINBERGER:   Objection.  You

21          can answer it.

22          A      Whatever setup he had.  If he had a

23     handyman there, a porter, I don't know.

24          Q      Would it be a handyman doing the

25     repairs and the porter doing the cleaning,

1                          K. Almonte

2    something along those lines?

3         A       I don't know.

4         Q       If a super had to leave the

5    premises to perform work elsewhere he was still

6    responsible for getting the work done at his own

7    building?

8         A       I guess so, I don't know.  The

9    mechanics of how it was set up, what he had to

10   juggle, I am not familiar.

11        Q       How long have you been the owner or

12   a member of 437 Morris Park LLC?

13        A       I bought it in 1997.

14        Q       Since 1997 is when you began doing

15   your regular visits to the building?

16        A       No.

17        Q       When did you start doing those

18   regular visits?

19        A       Probably in 2006.

20        Q       Since 2006 you have been doing

21   regular visits to the building.  You had said

22   earlier that Lopez took possession of that

23   apartment in the building in 2011.  In that time

24   you never saw this individual in Exhibit 4 at the

25   premises?

```
1                    K. Almonte

2       A       I don't recall.

3       Q       Take a look at his face and see if

4    you recall it in the photograph.

5       A       He doesn't look familiar.

6       Q       You were present for the deposition

7    of Nestor Almonte, one of the three days.  During

8    that time he had testified that he lived at that

9    apartment with his family?

10              MR. WEINBERGER:   Objection.

11      Finish the question.  I am sorry.

12      Q       Do you remember the testimony that

13   he lived at that apartment with his family?

14      A       Yes.

15      Q       Throughout your regular visits in

16   which you visited the basement at 437 Morris Park

17   and his family lived there you testified now that

18   you have never seen Manuel on the premises?

19      A       No, I have not.

20      Q       What about in any of the apartments

21   that you visited, had you ever seen Manuel, the

22   person in Exhibit 4, had you ever seen him in any

23   of the apartments?

24      A       No.

25      Q       Had you ever seen him outside doing
```

1                    K. Almonte

2   any cleaning?

3        A      No.

4        Q      Do you know what a power washer

5   machine is?

6        A      Sure.

7        Q      Does 437 Morris Park have a power

8   washer on site?

9        A      I think it does, but I am not sure.

10       Q      Would you use a power washer to

11  clean surfaces?

12       A      They never used a power washer, but

13  that's what it is made for.

14       Q      Do you know how to use a power

15  washer?

16       A      No.

17       Q      You never gave Manuel directions on

18  how to use a power washer?

19       A      No.

20       Q      Have you ever given that person in

21  Exhibit 4 any directions whatsoever?

22       A      I never saw the guy, to my

23  knowledge.

24       Q      He lived at the premises, correct?

25       A      It could be.

```
 1                    K. Almonte

 2        Q        Do you know who hired Lopez?

 3        A        Charlie.

 4        Q        Do you know the position that he

 5   originally worked when he was hired?

 6        A        No.

 7        Q        To your knowledge when did Lopez

 8   begin working outside of 437 Morris Park?

 9        A        I don't know.  I was not involved

10   in those decisions.

11        Q        Had you seen Lopez working at 1195

12   Sherman?

13        A        I rarely went to 1195 Sherman.

14        Q        How often did you go there?

15        A        Very seldom.

16        Q        Once a week?

17        A        No.

18        Q        Once a month?

19        A        No.  Maybe once a year.

20        Q        Once a year?

21        A        Maybe.  Maybe even less.

22        Q        Is there any particular reason why

23   you visited that location less?

24        A        I was not involved in the ownership

25   of that building.
```

1                    K. Almonte

2      Q       What about 1101 Manor?

3      A       Yes.

4      Q       Had you seen Lopez working at 1101

5   Manor?

6      A       Possibly.

7      Q       When was the first time that you

8   saw Lopez in another building other than 437

9   Morris Park?

10     A       I don't recall.

11     Q       Was it in 2011?

12     A       It could be any date, I don't know.

13     Q       Let's try 2011.  In April of 2011

14  did you see Lopez working in any other buildings?

15     A       I don't recall.

16     Q       September of 2011, could you have

17  seen Lopez working?

18     A       I could have, I don't recall.

19     Q       In 2012?

20     A       The same, I don't know.

21     Q       1056 Boynton as well?

22     A       Yes.

23     Q       Do you know Lopez' rate of pay when

24  he was first hired?

25     A       No.

1                    K. Almonte

2        Q       Is there a standard rate of pay

3    used when someone is hired for a particular

4    position, let's say a super, is there a standard

5    rate of pay?

6        A       I have no idea.

7        Q       Are you familiar with the hours the

8    super works?

9        A       No.

10       Q       Are you familiar with the

11   responsibilities of a super?

12       A       Yes.

13       Q       To your knowledge what is your

14   understanding of the responsibilities of a super?

15       A       To be available for emergencies in

16   the building at all times.

17       Q       A super is essentially an on-call

18   employee?

19       A       To respond to whatever emergencies.

20       Q       Do you know what on-call means?

21       A       No.

22       Q       Do supers have company issued

23   phones?

24       A       Right.

25       Q       Is that a yes?

1                           K. Almonte

2          A        Yes.

3          Q        Did Lopez have a company issued

4     phone?

5          A        Sure.

6          Q        Do you know the number of that

7     phone?

8          A        I have it on my phone if I still

9     have it.  Let me look.  347-847-7187.  That might

10    be the number.  That's the last number that I

11    have.  Whenever he called me I called back that

12    number.

13         Q        When you said they, being the

14    supers, have to be available for emergency calls,

15    what did you mean by an emergency call?

16         A        A super needs to be in the building

17    to be available for an emergency.  I don't know

18    if it means on the phone or whatever it is.  If

19    there is a leak, a clogged toilet.

20         Q        Is it your understanding that

21    emergency calls occur after regular hours?

22         A        I don't know.  I am not familiar

23    with exactly how that is handled.  The super has

24    to be available for emergencies.  I don't know

25    the times.

1                        K. Almonte

2        Q       Do you know the regular hours of a

3    superintendent in 437 Morris Park?

4        A       I don't know.  I am not familiar.

5        Q       What about a superintendent in 1056

6    Boynton, the hours, do you know their hours?

7        A       I don't know.  I am not involved in

8    the employment arrangement, how that works.  I

9    just come to make sure that the repairs are done

10   and if not I reach out to Charlie.  He manages

11   the employees.  If he has any questions what is

12   right or what is wrong we use Stuart to ask him.

13   That's it.

14                    MR. WEINBERGER:   That's

15            attorney-client.  Try to leave me out.

16                    MR. VALLETTI:  Let's take a quick

17            break.

18                    [Whereupon, after a short recess

19            was taken, the following was had:]

20   CONTINUED EXAMINATION

21   BY MR. VALLETTI:

22       Q       Who is the super at 1195 Sherman

23   currently?

24       A       I don't know.

25       Q       What about in 2013?

1                    K. Almonte

2          A       I don't know.

3          Q       1101 Manor, who is the super in

4    that building currently?

5          A       I know him by face.  In my phone I

6    have the numbers and the buildings and I call

7    them and say hello.  I don't know his name.  I

8    know what he looks like.

9          Q       How they are labeled in your phone

10   is just by the number of the building?

11         A       Yes.

12         Q       1056 Boynton, same story, who is

13   the super in that building?

14         A       Wilton.  I know him.

15         Q       Do you know his last name?

16         A       No.

17         Q       If I said Munoz, would that ring a

18   bell?

19         A       It makes sense.

20         Q       He is currently the superintendent?

21         A       No, he is actually leaving the

22   building Sunday.

23         Q       Why is he leaving the building?

24         A       He had an incident with a client

25   and the City wanted us to terminate him and we

1             K. Almonte

2    terminated him.

3        Q        When you say the City wanted you to

4    terminate him  --

5              MR. WEINBERGER:  Objection this is

6         really far afield from this case.

7        Q        When you say the City wanted him

8    terminated, what do you mean by that?

9              MR. WEINBERGER:  Objection.

10        Normally Federal and State you don't

11        object.  This has nothing to do with this

12        case, nothing to the do with the wages

13        owed.  There has to be some point where you

14        have to draw the line.

15       Q        When you say the City wanted him

16    terminated, what do you mean?

17              MR. WEINBERGER:  We are not going

18        to answer that.  I know in the Federal

19        rules you are not supposed to, but this is

20        the one where we will draw the line.  It

21        has nothing to do with this case.

22              MR. VALLETTI:  Are you directing

23        him not to answer?

24              MR. WEINBERGER:  Yes.  If we need

25        a ruling on it we will certainly go to the

```
 1                    K. Almonte

 2         judge on this one.

 3                    MR. VALLETTI:  Please mark it for a

 4         ruling.

 5         Q       Do you know of any relationship

 6    between Wilton Munoz  --

 7         A       I know that there is, but I don't

 8    know the relationship.

 9         Q       Back to 437 Morris Park, for the

10    time period from 2011 to 2013 who lived in the

11    basement, that basement apartment?

12         A       The superintendent.

13         Q       Do you know anyone else that lived

14    in that basement, was there a family there?

15         A       The super moves in with his family.

16         Q       Do you know how many people are in

17    his family?

18         A       No.

19         Q       Had you ever met his wife?

20         A       No.

21         Q       How about his daughter?

22         A       No.

23         Q       His son?

24         A       No.

25         Q       In terms of work actually performed
```

1                        K. Almonte

2    at 437 Morris Park, can you definitively state

3    that Manuel, Nestor Almonte's son, never

4    performed work in that building?

5        A       I never saw him, I don't know.  As

6    far as I know Lopez did the work over there.  I

7    don't know of anybody else besides whoever we

8    hired.  Charlie would know, he is the right guy

9    to ask.

10       Q       You would not be able to tell me

11   one way or the other if Manuel did work in the

12   building?

13       A       I wouldn't know.

14       Q       In terms of the supers, do you know

15   how they are paid between salary and hourly?

16       A       It is an hourly rate.

17       Q       They are not paid a flat fixed rate

18   per week?

19       A       I don't think so.  I am not

20   familiar with that.  If you are telling me hourly

21   or flat I remember it is hourly.

22       Q       Is it based on a punch in and punch

23   out record or what is the pay based on for the

24   super?

25       A       I don't know.  There were time

1                    K. Almonte

2    sheets and they are paid by the hour, there is

3    overtime, all kind of stuff.  I am not familiar

4    with it.  I never got bogged down with that.

5    Charlie dealt with that.

6         Q        You said that they were paid

7    overtime, the supers.  You did say that, correct?

8         A        It is familiar to me hearing these

9    things, the hourly rate, what is overtime.  I

10   know they were busy with that.  I don't know the

11   formula or what, when, where, how many hours, I

12   don't know.

13        Q        In terms of the super's

14   compensation, the apartment that they received,

15   that wasn't attributed towards overtime, correct?

16        A        I have no idea.

17        Q        To your knowledge did you give a

18   limit at 437 Morris Park as to how much the

19   payroll could be?

20        A        No.

21        Q        Charlie basically had the entire

22   discretion of who to hire and fire?

23        A        Yes, basically.

24        Q        Did Charlie also control how much

25   that person was paid?

1                    K. Almonte

2       A       Yes.  He would run it by us, but we

3   gave him the discretion.

4       Q       In terms of the payroll company,

5   you testified earlier you don't know who they

6   are?

7       A       Correct.

8       Q       Charlie was the person in charge of

9   the payroll as far as you knew?

10      A       Yes.

11      Q       He was the person who could

12  determine this person needed X amount of hours

13  for regular pay and X amount of hours for its

14  overtime, correct?

15      A       He took care of the payroll,

16  whatever the payroll was.  If he had any legal

17  questions we asked him.

18      Q       Do you know the process how he

19  determined whose hours?

20      A       No.

21      Q       You don't know if he based his

22  calculations on actual hours worked or if there

23  was another component to the pay?

24      A       I have no idea.

25      Q       How about in terms of actual

1                          K. Almonte

2    payment, who signed the checks for employees to

3    get paid, was that Charlie Clark also?

4         A       I think Abraham signs the checks,

5    but I am not sure.  It could be that Charlie did.

6         Q       Did Charlie have the authority to

7    sign checks on behalf of 437 Morris Park?

8         A       I am not sure.

9         Q       Do you know if Charlie had

10   authority to sign checks on behalf of any of the

11   entities?

12        A       I am not sure, I don't know.

13        Q       Did you ever review the payroll?

14        A       No.

15        Q       Never once?

16        A       No.

17        Q       That's for 437 Morris Park,

18   correct?

19        A       Correct.

20        Q       Presumably, if a person worked for

21   your company there should be pay stubs

22   accompanied by that person's employment, correct?

23        A       Yes.

24        Q       Not just employee detailed

25   earnings, but your company, 437 Morris Park,

1                    K. Almonte

2    generates actual pay records, correct?

3         A        However the arrangement is with the

4    payroll company.

5         Q        To your knowledge does your company

6    have direct deposit?

7         A        I have no idea.

8         Q        Are you related to Charlie Clark?

9         A        No.

10        Q        How do you know him other than with

11   work?

12        A        We grew up in the same town when we

13   were kids.

14        Q        Who hired Charlie to work for 437

15   Morris Park?

16        A        Abraham.

17        Q        Do you know when that occurred?

18        A        I think in 2005 or 2006, if I

19   remember correctly.

20        Q        Were you ever contacted for

21   emergencies in the building from a City agency?

22        A        Yes.

23        Q        How would they contact you?

24        A        On my cell.

25        Q        Who was the main person that

 1                    K. Almonte

 2   contacted you from the City?

 3        A        Anywhere from the Commissioner to

 4   an analyst.

 5        Q        Once you were contacted from the

 6   City for an emergency, what would you do next?

 7        A        Contact the building or contact

 8   Charlie, do what needs to be done to get this out

 9   of the way.

10        Q        Could you receive these types of

11   calls at all hours?

12        A        Usually it was in a normal hour.

13   If a building was without heat or hot water I

14   could get it at any time in the night.

15                 I could get a call from a Deputy

16   Commissioner at 2:00 in the morning.  Usually the

17   phone calls pertained to access of families

18   coming in, contact security, stuff like that, but

19   as far as repairs, probably only in the normal

20   business hours.

21        Q        When you say repairs, what do you

22   mean by actual repairs?

23        A        If the ceiling falls down and a

24   client reached out to client advocacy and it went

25   to the top and went to the Mayor's office.  This

1                        K. Almonte

2    type of stuff happens and they call you directly

3    and it is a priority.  It needs to be done.  We

4    need pictures, need to be sent back, need to know

5    it was taken care of.

6        Q      If it is priority, no matter what

7    time of day it is, it has to be taken care of?

8        A      Yes, but that usually happens

9    within normal business hours.  I don't recall

10   that it ever happened  -- I don't think they

11   would expect us to get up and start sheet rocking

12   apartments at 2:00 in the morning.  Anything that

13   was required they would call us.

14       Q      Are you familiar with a hotline for

15   emergency calls?

16       A      Yes.

17       Q      What is the hotline?

18       A      The hotline is we have a sticker in

19   every unit in the building that the clients, if

20   they have any building related emergency they can

21   call that number.  The building manager gets it

22   and I see it so we know what is going on and we

23   can track if it was taken care of or not.

24       Q      Would you get a message from the

25   hotline?

1                     K. Almonte

2        A        On my BlackBerry.

3        Q        You have the Blackberry and your

4    personal cell phone?

5        A        Yes.

6        Q        Both are used for business

7    purposes?

8        A        Yes.

9        Q        In terms of the emergency calls,

10   you said the manager also gets them, correct?

11       A        From whom?

12       Q        The hotline calls?

13       A        Yes, sure.

14       Q        Those can occur at any time of day?

15       A        Sure.  People can call at 2:00 in

16   the morning that their toilet is clogged,

17   absolutely.  We will not respond until morning.

18       Q        Who do you mean by we?

19       A        The manager or -- I would not

20   consider it something that needs to be taken care

21   of if a client decided that their bulb needs to

22   be changed at 2:00 in the morning, that's

23   something that is left for the morning.

24       Q        What kind of things would you

25   consider personally to be an emergency that

1                    K. Almonte

2    needed to be taken care of?

3         A        Fire, smelling of smoke, gas leak,

4    no heat in the building, things of that nature.

5         Q        Charlie received those same types

6    of calls, correct?

7         A        Yes.

8         Q        Charlie could have assigned those

9    at any time, correct?

10        A        Yes.

11        Q        To your knowledge, you don't know

12   whether Charlie would forward those calls

13   immediately to a super of a building, say the

14   super at 437 Morris Park?

15        A        I don't know what he did.  I don't

16   think he would consider waking somebody up in the

17   middle of the night for something that could wait

18   until the morning.  He had the discretion to do

19   what needs to be done.  You should ask him.

20        Q        If he forwarded something and it

21   said it needed to be taken care of, regardless if

22   it was an emergency or he needed it to be done

23   immediately, if he forwarded something to someone

24   and they took care of it should that person be

25   paid?

1                    K. Almonte

2      A       Whatever the arrangement of his job

3  is to be paid.  If it is not regular hours,

4  overtime, I don't know.  I was not involved in

5  that setup.  People are not slaves, they have to

6  be compensated.  It is either regular pay or

7  overtime pay.  I don't know when the call came in

8  and what needed to be done.

9      Q       Do you know what the minimum wage

10  rate is right now?

11      A       No.

12      Q       Do you know what it was back in

13  2011?

14      A       No.

15      Q       Do you know what a proper

16  calculation for overtime is?

17      A       No, I don't know.

18      Q       Have you ever been named as a

19  defendant in another lawsuit?

20      A       Probably.  Own buildings, slip and

21  falls, all kind of stuff.  It could be that I

22  would not know.

23      Q       Does the first name German ring a

24  bell?

25      A       No.

1                         K. Almonte

2        Q        Were you ever sued by a man named

3   German?

4        A        I don't recall.

5        Q        Have you ever been sued personally

6   for failure to pay overtime?

7        A        Not that I know of.

8        Q        Have you ever sued personally for

9   failure to pay a minimum wage?

10        A        Not that I know of.  I would know

11   something that I have to pay.  If I have to pay

12   it then I would remember.  I don't know.  People

13   allege things all the time, I don't know.

14                   MR. VALLETTI:  Off the record.

15                   [Whereupon, a discussion was held

16        off the record.]

17                   MR. VALLETTI:  Please mark these as

18        Plaintiff's Exhibits 5 and 6.

19                   [Whereupon, the documents were

20        hereby marked as Plaintiff's Exhibits 5 and

21        6 for identification, as of this date, by

22        the reporter.]

23        Q        I am going to show you what has

24   been marked here, there are two exhibits.  Let's

25   start with Plaintiff's Exhibit 5.  This is a

```
 1                    K. Almonte

 2   Complaint, Amended Complaint.

 3                    Mr. WEINBERGER:   You should take a

 4         look.  I don't know if you know about it.

 5         Off the record.

 6                    [Whereupon, a discussion was held

 7         off the record.]

 8         Q      Are you familiar with this

 9   document?

10         A      No.

11         Q      Do you know what this document

12   says?

13         A      It is a lawsuit.

14         Q      What is the nature of that lawsuit?

15         A      Unpaid overtime.

16         Q      It is an unpaid overtime lawsuit.

17   Who initiated that suit?

18         A      Ernesto Hernandez and Gloria Sacta.

19         Q      Who is Ernesto Hernandez?

20         A      I don't know.

21         Q      Was he the super at one of your

22   buildings?

23         A      I don't know, I wouldn't know.

24         Q      Who wouldn't you know?

25         A      The name is not familiar, I don't
```

1                    K. Almonte

2    know.

3        Q        Did you ever receive a copy of this

4    document?

5        A        It could be.

6        Q        Looking at Paragraph 18, what does

7    it say Mr. Hernandez wants?

8        A        He worked for the defendants as a

9    porter.

10       Q        In paragraph two does what it say

11   he became after being a porter?

12                MR. WEINBERGER:   Objection as to

13           the relevance.

14       Q        In front of you is a lawsuit for

15   unpaid overtime.  What year was this started, if

16   you know?

17       A        May 31, 2012.

18       Q        In May you were sued for unpaid

19   overtime?

20       A        Yes.

21       Q        Do you know what the disposition of

22   that case was?

23       A        No.

24       Q        I will show you what was marked as

25   Plaintiff's Exhibit 6.  I will show it to your

```
 1                    K. Almonte

 2    attorney first. Please take a look at that.

 3         A       Okay. We paid?  I don't remember.

 4         Q       Have you ever seen this document

 5    before?

 6         A       No.

 7         Q       I will turn your attention to

 8    Page 11.

 9         A       These are my signatures.

10         Q       They are all your signatures?

11         A       Yes.

12         Q       You signed for the name of

13    Mr. Tabak?

14         A       Yes.

15         Q       You signed for new Hope Funding

16    LLC?

17         A       Yes.

18         Q       You signed for 1195 Sherman LLC?

19         A       Yes.

20         Q       You signed for 1056 Boynton?

21         A       Yes.

22         Q       You signed for 437 Morris Park LLC?

23         A       Yes.

24         Q       Why did you sign for 1195 Sherman

25    LLC?
```

```
1                    K. Almonte

2        A        (No response.)

3        Q        Are you an officer of that company?

4        A        I have to see exactly how it was

5    set up.  It is a lease.  The other buildings I

6    own together with Abraham, that building is a

7    lease.  We created this 1195 Sherman LLC that

8    basically is the lease holder of the building.  I

9    don't know exactly what is what.

10        Q        Do you know the terms of the lease?

11        A        No.

12        Q        Do you know the length of the

13   lease?

14        A        The lease is up for renewal now in

15   the summer.

16        Q        Is it a term lease?

17        A        Yes, I think so.  I think they are

18   negotiating now.

19        Q        Are you a party to that agreement

20   that is the lease?

21        A        Yes, I don't recall exactly.

22   Abraham had a relationship with the owner and it

23   was really something that he did.  I don't know

24   exactly how it was set up.

25        Q        Do you even know what your position
```

                        K. Almonte

1  is at 1195 Sherman LLC?

2        A        Not really.  I will have to find

3  out.  We spoke about this earlier, we will find

4  out.

5        Q        What is new Hope Funding, LLC?

6        A        That's the company that  -- there

7  is a City contract with a non-profit and then the

8  non-profit pays new Hope to do the maintenance

9  for different buildings.

10       Q        The City pays New Hope Funding LLC?

11       A        No.  They pay it to a non-profit

12  and the non-profit pays New Hope Funding.

13       Q        What is the name of the non-profit?

14       A        Aguila.

15       Q        Is that a contracting service, are

16  they contractors?

17       A        They are contracted by the City of

18  New York.  We are the landlord and we do the

19  maintenance.

20       Q        Does 437 Morris Park have a

21  contract with Aguila?

22       A        I am not sure.

23                MR. VALLETTI:  To the extent that

24          there is one I will demand that that be

1                    K. Almonte

2          produced.

3                    MR. WEINBERGER:   We will take it

4          under advisement.

5          Q       To your knowledge does New Hope

6    Funding LLC have a contract with Aguila?

7          A       That's what I am saying, I don't

8    know.

9          Q       Does any contract exist between 437

10   Morris Park and New York City directly?

11         A       No.

12         Q       The middleman of sorts would be the

13   New Hope Funding LLC?

14         A       Yes.

15                   MR. WEINBERGER:   Let me hear that

16         question again.

17                   [Whereupon, the requested portion

18         of the record was hereby read by the

19         reporter.]

20         A       We have a few buildings, me and

21   Abraham, and on specifically these four Aguila

22   has a contract on these four buildings and they

23   are contracted by the City.  Their relationship,

24   Aguila's relationship with us, is with New Hope

25   Funding and New Hope Funding has a relationship

1                           K. Almonte

2    with these four buildings, so Aguila pays New

3    Hope Funding and then New Hope Funding pays the

4    buildings and pays the employees.

5         Q      New Hope Funding pays the

6    employees?

7         A      Yes, I think so.  No, maybe not.

8    New Hope Funding pays the building and the

9    building pays the employees, whatever.

10        Q      Do the buildings handle their own

11   payroll?

12        A      I think so.  All these payroll

13   issues and things is something that Charlie

14   knows.  I am not familiar with exactly how things

15   flow.

16        Q      Going back to Plaintiff's Exhibit

17   6, turning your attention to the second page,

18   paragraph one, there was a settlement amount

19   paid?

20        A      Yes.

21        Q      Are you familiar with this

22   settlement amount?

23        A      I remember it now, yes.

24        Q      That was for what in particular?

25               MR. WEINBERGER:   Objection.

```
 1                      K. Almonte

 2       A        Whatever the lawsuit was.

 3       Q        It was $11,000 paid for unpaid

 4  overtime?

 5                 MR. WEINBERGER:   Objection.

 6       A        I have no idea.  My attorney knows

 7  better than me.

 8                 MR. WEINBERGER:   I can't testify.

 9       A        What was the $11,000 for?

10                 MR. WEINBERGER:   I can't tell you.

11       If you don't know, you don't know.  I can't

12       testify.

13       Q        Other than the suit instituted by

14  Ernesto Hernandez and Gloria Sacta are you aware

15  of any other lawsuits for any kind of wage

16  violations?

17       A        No.

18       Q        What type of building is 437 Morris

19  Park?

20       A        An apartment building.

21       Q        Specifically who does it house?

22       A        Homeless families.

23       Q        You said earlier that you receive

24  City funding.  What department from the City do

25  you receive the funding from?
```

```
1                    K. Almonte

2        A       New York City Department of

3   Homeless Services.

4        Q       Which bank handles the accounts at

5   437 Morris Park in terms of payroll?

6                MR. WEINBERGER:  Objection to the

7           banks.

8                MR. VALLI:  That's totally proper

9           and you know it.

10                MR. WEINBERGER:  Answer the

11           question.

12        A       Chase.

13        Q       Who are the signatories on the

14   account?

15        A       Abraham Finkelstein and myself.

16        Q       You said earlier that people in

17   this business have user names.  What is your user

18   name?

19        A       Kalman Tabak, I don't like to have

20   a user name.

21        Q       Do you know if Lopez had a user

22   name?

23        A       So many different names, I don't

24   know.

25        Q       To your knowledge did Lopez work at
```

                           K. Almonte
1

2    any of the other buildings other than the ones

3    you mentioned today?

4         A       I wouldn't know.  I don't know what

5    he decided to do and what he did.

6         Q       If Charlie took a vacation who

7    would run 437 Morris Park?

8                 MR. WEINBERGER:   Objection to the

9         form.  You can answer it if you know.

10        A       I don't know.

11        Q       Would you manage the building?

12        A       I would be on top of the

13   complaints.  I would continue doing whatever I

14   did.  I would watch to see if there is any

15   potential liability and I would probably manage

16   the building.

17                He went away  -- if he went away

18   for a few days I just made sure to continue

19   monitoring.  I don't think anything really

20   changed.

21        Q       You said liability, what do you

22   mean by liability?

23        A       To me the liabilities are if there

24   are complaints that are not taken care of it is a

25   major issue in this case.

1                          K. Almonte

2          Q        You want to get the complaints

3     taken care of as quickly as possible?

4          A        Yes.

5          Q        That includes night calls?

6          A        I don't remember so much night

7     calls.  It is more or less what happens

8     throughout the day.  If there was a City

9     inspector that walked in and saw something I

10    would get a phone call that it needs to be taken

11    care of and a follow-up indicating it was done.

12                   It was not so much night calls.  It

13    was more me trying to make sure that the

14    relationship I have with the City is not being

15    severed by the nature of complaints not being

16    taken care of.  That's the focus of what I do.

17         Q        Have you ever appeared before the

18    unemployment insurance appeal board for any

19    employee who filed an unemployment case or claim

20    against you or your company?

21         A        I was called in to testify, but I

22    never had the opportunity.

23         Q        Prior to that particular instance

24    you had not been in front of the Board?

25         A        No.

1                    K. Almonte

2        Q        Do you have any knowledge of any

3    employee filing employment claims against 437

4    Morris Park in the past year?

5        A        Lopez filed.

6        Q        You didn't get to testify, correct?

7        A        No, I didn't.  I met you over

8    there.

9        Q        There came a time when Lopez'

10   employment with the company ended; is that

11   correct?

12       A        Yes.

13       Q        When was that?

14       A        I don't know the exact date.

15       Q        Was it sometime in 2014?

16       A        I think it was in 2013.

17       Q        Beginning or end of 2013?

18       A        I think it was towards the end of

19   2013.

20       Q        Did he complain that he was not

21   getting paid for hours that he worked?

22       A        No.

23       Q        To your knowledge?

24       A        No.  He could have reached out to

25   me.  That means if he felt mistreated or anything

1                          K. Almonte

2    he would reach out to me in general that like if

3    he was not happy.

4                          I would call Charlie and see if he

5    can make him happy, whatever it is, let's keep

6    everybody happy.  That's the nature me getting a

7    call from him and me calling Charlie.  He never

8    spoke to me about not getting paid.

9         Q       Did you terminate Lopez?

10        A       No, he decided that he wants to

11   leave.

12        Q       From where?

13        A       I think first it was 1195 Sherman

14   and then soon after that 437 Morris Park.

15        Q       Why did he decide to leave?

16        A       He was getting pressure from us on

17   1195 Sherman that work was not getting done and

18   he said he can't do it, so he is going to stop

19   it.

20        Q       Do you know what he was getting

21   paid at that time?

22        A       No.  There was some arrangement and

23   that stopped.  He said he was just going.

24        Q       An arrangement that they had had

25   stopped and he decided to resign?

1                    K. Almonte

2        A        Completely, no.  First he quit from

3   1195 Sherman because we were asking him about

4   complaints that were not getting done and soon

5   after that he said he was done.

6        Q        When you say the calls were not

7   getting done, had you ever had any issues with

8   him not performing his work before?

9        A        I think I was hearing from Charlie

10  in the last period that things were not getting

11  done.  Charlie used to tell me if I see him to

12  try to see to it that he gets his work done.

13       Q        Charlie asked you to get Lopez to

14  get his work done?

15       A        Charlie could ask me sometimes,

16  maybe if they got into  -- if they locked horns

17  he could call me and say if I see him, you know,

18  we were constantly trying to make him happy and

19  keep him going, you know.

20                That's basically the job of an

21  employee dealing with the grievances of the

22  workers and trying to move it along.

23       Q        What grievances did Lopez have?

24       A        Maybe how he was treated or he was

25  under too much pressure, too much work, too much

1                      K. Almonte

2    this, you know.  He was looking for a raise, you

3    know.

4                      Our policy was if it is reasonable

5    and if this is really what is going to make him

6    happy, that's the discretion that we gave Charlie

7    all along, you know.  We didn't want to be

8    involved in the $50 or the $100.  We didn't want

9    to get involved with that, we were involved in

10   something larger.

11        Q     What do you mean something larger?

12        A     I was more in the picture that the

13   business should move smooth, not get jammed up

14   with this  -- I mean the bigger picture.

15                      I was not involved in the details.

16   My answer to Charlie was is this going to make

17   him happy or resolve the issue and then we are

18   done.

19        Q     Earlier you said there was some

20   sort of arrangement.  What do you mean by that?

21        A     I know he was being compensated for

22   1195 Sherman as well.  I don't know what that

23   was.  When he stopped working there, when he quit

24   there that arrangement ended.  Soon after he quit

25   437 Morris Park.  I don't know exactly what the

1                         K. Almonte

2    arrangement was or compensation.

3        Q       How did he quit?

4        A       He said it was too much and he was

5    not doing it anymore.

6        Q       Too much what, work, did he say he

7    was not getting paid for the work?

8        A       No, he never said that.

9        Q       When did he say he had too much

10   work?

11       A       When I approached him with 1195

12   Sherman.  We were getting a lot of pressure.  He

13   said he does it or somebody else.  I said to

14   finish up with the complaints.  He said it was

15   too much for him and he couldn't do it.

16       Q       When was that?

17       A       It was all the same period when he

18   quit.  The end of 2013 or the middle, you know, I

19   don't know.  I don't know the dates.

20       Q       Where did that conversation occur?

21       A       In the lobby of 437 Morris Park and

22   then he was upset.  Then I tried to  -- that day

23   I reached out to him to maybe think it over.  I

24   was trying to calm him down.  I thought maybe he

25   wanted to reconsider.  That was it.

```
 1                      K. Almonte

 2        Q        That was the end of his employment

 3   for which company?

 4        A        It went in two stages.  First it

 5   was 1195 Sherman and soon after was Morris Park.

 6   I don't remember the exact date.

 7        Q        He quit his job at 1195 Sherman?

 8        A        Yes.

 9        Q        What about his job at 437 Morris

10   Park, did he quit that job as well?

11        A        Yes, he quit that to Charlie.

12   Charlie called me because he panicked.  I said I

13   would talk to him.  A day later I think he did

14   change his mind, I don't know exactly.  I just

15   remember that was a whole ta-du.

16        Q        Charlie called you when he quit?

17        A        Yes.

18        Q        You were not with Charlie when he

19   quit?

20        A        Maybe I was in the building or

21   maybe I worked outside.  I just remember I spoke

22   to him on the phone and I said I was going to

23   come back and try to talk to him.

24        Q        Do you maintain an office

25   personally?
```

1                    K. Almonte

2         A       No.

3         Q       Do you work out of your car?

4         A       My pants (indicating)  --

5                 MR. WEINBERGER:   He didn't mean it

6         literally.

7         Q       Aguila, do they mainly handle

8  furniture?

9         A       The actual maintenance of the

10 apartments, plastering, painting, repairs, they

11 do everything else.

12        Q       The things that are left are for

13 who to complete, the super, the handyman, the

14 porter?

15        A       Yes.

16        Q       Aguila does the major construction?

17        A       No, no.  Aguila takes care of the

18 window shades and the furniture and the linen and

19 we do the actual maintenance in the apartment.

20        Q       If a ceiling collapses, who handles

21 that?

22        A       That's me.

23        Q       The super would be responsible for

24 that?

25        A       Yes.

1                    K. Almonte

2        Q        The basement apartment at 437

3    Morris Park, does that have exposed piping over

4    head?

5        A        It could be.

6        Q        Is that a yes or no?

7        A        I think it does.  Basement

8    apartments usually do.

9        Q        It doesn't have a fire escape, does

10    it?

11                    MR. WEINBERGER:   Objection to

12            relevance.

13        A        The windows are about 16 inches off

14    the sidewalk.  The second means of egress is on

15    the windows like every apartment.

16        Q        Do you know who owns Aguila?

17        A        It is a non-profit organization.

18        Q        There is no owner?

19        A        They have a board, I don't know.

20        Q        Do you know who is on the board?

21        A        No.

22        Q        You are not on the board?

23        A        No.

24        Q        Do you know who owns New Hope

25    Funding?

1                        K. Almonte

2         A        Me and Abraham, I think.

3         Q        Any other employees for that

4    company?

5         A        Not that I know of.

6         Q        Is Charlie still employed with 437

7    Morris Park?

8         A        No.

9         Q        Why not?

10        A        He decided that he is going into

11   another business.

12        Q        When did he decide that?

13        A        We were working on building up a

14   new business for him that we are going to be

15   involved with.  I don't know if I should talk to

16   you about his personal plans.

17        Q        You had a conversation with him

18   about this, correct?

19        A        About what?

20        Q        How did his employment with 437

21   Morris Park end?

22        A        He was thinking all along he wanted

23   to go into business on his own.  You know, the

24   time is right to start something and he will

25   start something.

1                         K. Almonte

2        Q        What is he starting?

3        A        An exterminating business.

4        Q        Charlie is no longer employed by

5   437 Morris Park?

6        A        No.

7        Q        What about for 1195 Sherman?

8        A        No, none of those buildings.  He is

9   going into the new business.

10        Q        He is no longer affiliated with

11   1195 Sherman, 437 Morris Park, 1056 Boynton and

12   1101 Manor?

13        A        No.

14        Q        Who manages the building now at 437

15   Morris Park?

16        A        Mark Sherman.

17        Q        Do you know when he took over that

18   position?

19        A        I can get the dates if you want.

20                 MR. VALLETTI:  Please provide them

21        later.

22        Q        Were you aware if Lopez had a

23   Social Security number?

24        A        No.

25        Q        Did he ever tell you that he didn't

```
 1                    K. Almonte

 2    have a Social Security number?

 3         A       No.

 4         Q       Did he ever tell you that he didn't

 5    have any papers to work in the United States?

 6         A       No.

 7         Q       You employed a large number of

 8    Hispanic individuals; is that correct?

 9         A       Yes.

10         Q       At 437 Morris Park there are many

11    Hispanic workers?

12                 MR. WEINBERGER:   Objection.  You

13         can answer it.

14         A       Whatever it is.  Whatever is needed

15    in the building.

16         Q       When you speak to a worker who does

17    not speak English how do you communicate with

18    them?

19         A       They all understand enough English

20    to communicate.  I never had an issue with

21    communicating in English with them what needs to

22    be done.

23         Q       In 2012 you could approach a

24    handyman in 437 Morris Park and tell him what he

25    needs to do and he would understand?
```

```
 1                    K. Almonte

 2       A       Any handyman, he knows what a pipe

 3   is, what a toilet is, what a kitchen is, what a

 4   faucet is, general trade terms that are needed.

 5       Q       You personally never had a problem

 6   with giving an order to somebody in English?

 7       A       Not that I can recall, no.

 8       Q       You are not involved in the hiring

 9   and firing process?

10       A       No.

11               MR. VALLETTI:  I have nothing

12           further.  Thank you very much.

13   EXAMINATION BY

14   MR. WEINBERGER:

15       Q       437 Morris Park, does it still have

16   any residents there, you said it is a homeless

17   shelter, are there any residents left, if you

18   know?

19       A       Maybe a few.

20       Q       Going back to Plaintiff's Exhibit

21   4, did you ever see this individual work at 437

22   Morris Park?

23       A       I didn't see him at all work for

24   sure.

25       Q       At any building?
```

1

2          A        No.  I answered that.

3                    MR. WEINBERGER:   Nothing further.

4          Thank you very much.

5                    [Whereupon, the examination of the

6          witness was concluded at 1:00 p.m.]

7

8          _____

                        KALMAN TABAK

9

10

     Subscribed and sworn to

11   before me this _____ day

     of _____, 2015.

12

     _____

13          Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    I N D E X

3    WITNESS          EXAMINATION BY          PAGE

4    K. Talbak    Mr. Valletti                4

5                  Mr. Weinberger            82

6                    E X H I B I T S

7    PLAINTIFF'S   DESCRIPTION               PAGE

8       1          two-page document         29

9       2          multi-page document       33

10      3          multi-page document       35

11      4          one-page document         36

12      5          Amended Complaint         59

13      6          Settlement Agreement      59

14      *Exhibits were retained by counsel

15

                     REQUESTS

16

                  Page        Line

17

                  11          13

18                64          23

                  80          19

19

20                   RULINGS

                  Page        Line

21

                  47          6

22

23

24

              *        *        *

25

1

2                          CERTIFICATION

3    STATE OF NEW YORK )

                      : SS.:

4    COUNTY OF NASSAU  )

5        I,  KAREN ZAMMIT, a Notary Public for and

6    within the State of New York, do hereby certify:

7        That the witness(es) whose testimony as

8    herein set forth, was duly sworn by me; and that

9    the within transcript is a true record of the

10   testimony given by said witness(es).

11       I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage, and that I am in no way interested in

14   the outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand this 3rd day of March, 2015.

17

18

                     _____

19                        KAREN ZAMMIT

20

21                   *     *     *

22

23

24

25

1

2      NAME OF CASE:

3      NAME OF WITNESS:

4      DATE OF DEPOSITION:

5

6              E R R A T A   S H E E T

7

8  --------------------------------------------------

9  PAGE: LINE: CHANGE:

10 --------------------------------------------------

11

   ----:-----:-------------------------------------
12 ----:-----:-------------------------------------
   ----:-----:-------------------------------------
13 ----:-----:-------------------------------------
   ----:-----:-------------------------------------
14 ----:-----:-------------------------------------
   ----:-----:-------------------------------------
15 ----:-----:-------------------------------------
   ----:-----:-------------------------------------

16

17              ----------------------
                 Signature of Witness

18

19 Sworn to before me this _____
   day of ____, 2015.

20

21 _____
   NOTARY PUBLIC

22

23

24

25