Robert Valletti <robert.valletti@gmail.com>

# Question from Judge Failla on Almonte Settlement Agreement
3 messages

---

**Robert Valletti** <robert.valletti@gmail.com>  Tue, Aug 2, 2016 at 12:44 PM
To: Stuart Weinberger <stuart575@aol.com>, Josh Beldner <jbeldner@tiltonbeldner.com>, "Robert J. Valli, Jr" <rvalli@vkvlawyers.com>, Maryanne Greenfield <mgreenfield@vkvlawyers.com>

Counsels,

I received a call from Ali from Judge Failla's chambers. She has asked to clarify that the non-disparagement does not prevent any of the parties from mentioning the existence of the litigation and that if asked, the parties are able to direct inquiries regarding the litigation to the public docket.

Please advise on your understanding of the settlement agreement's non-disparagement provisions.

Thanks.

--
Sincerely,

Robert P. Valletti
Valletti & Associates
611 Wayne Avenue, Ste. 2
New Hyde Park, NY 11040
Phone: 516-606-4934

---

**Robert J. Valli, Jr.** <rvalli@vkvlawyers.com>  Tue, Aug 2, 2016 at 12:57 PM
To: Robert Valletti <robert.valletti@gmail.com>
Cc: Stuart Weinberger <stuart575@aol.com>, Josh Beldner <jbeldner@tiltonbeldner.com>, Maryanne Greenfield <mgreenfield@vkvlawyers.com>

That is my understanding, it cannot be a "gag" order or confidentiality agreement.

*Sincerely,*

*Robert J. Valli, Jr.*
**Valli Kane & Vagnini, LLP**
**600 Old Country Road, Suite 519**
**Garden City, New York 11530**
**Telephone: 516-203-7180**
**Fax: 516-706-0248**
**http://www.vkvlawyers.com**

**Follow us:**

**Facebook**
**Twitter**

CONFIDENTIALITY NOTICE
This e-mail is intended only for the use of the addressee (s) named herein and may contain legally privileged attorney client communications and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

[Quoted text hidden]

---

**Josh Beldner** <jbeldner@tiltonbeldner.com>                                    Tue, Aug 2, 2016 at 2:08 PM
To: Robert Valletti <robert.valletti@gmail.com>
Cc: Stuart Weinberger <stuart575@aol.com>, "Robert J. Valli, Jr" <rvalli@vkvlawyers.com>, Maryanne Greenfield <mgreenfield@vkvlawyers.com>

Yes, confirmed. Our clients are aware of that. There is no confidentiality. Non Disparagement is completely different.

**Tilton Beldner LLP**
626 RXR Plaza
Uniondale, NY 11556
P: (516) 262-3602
F: (516) 324-3170
www.tiltonbeldner.com

CONFIDENTIALITY NOTICE

This email message, including any attachments and files transmitted with it, are confidential and are intended solely for the use of the individual or entity to whom they are addressed.  It may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws, and no confidentiality or privilege is waived or lost by any mistransmission.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your system.  If you are not the intended recipient, be advised that you have received this email in error and that any unauthorized review, retention, use, disclosure, distribution, forwarding, printing or copying of all or any part of the contents of this email is strictly prohibited without our prior written permission.

On Tue, Aug 2, 2016 at 12:44 PM, Robert Valletti <robert.valletti@gmail.com> wrote:
[Quoted text hidden]